IN THE DISTRICT COURT OF BECKHAM COUNTY
STATE OF OKLAHOMA

BECKHAM COUNTY
FILED

FEB 10 2016

DONNA HOWELL, COURT CLERK
BY_____AM_____DEPUTY

THE STATE OF OKLAHOMA,     )
                       Plaintiff,     )
                             )
vs.     )     Case No. CF-2015-188
                             )
KENNETH HAROLD TIBBETTS     )
                       Defendant,     )
SS# ▓▓▓▓▓8855   DOB 07/▓▓/1957     )

402 Hoover Circle
Elk City, OK 73644     )
(Home Address)

**PLEA OF GUILTY**
**SUMMARY OF FACTS**

**Part A:** Findings of Fact, Acceptance of Plea

                                                                          Circle

1. Is the name just read to you your true name?     **(Yes)**     No

    If no, what is your correct name? _____
    I have also been known by the name(s): _____

2. My lawyer's name is: Alicia Carrington Sorelle.

3. (a) Do you wish to have a record made of these proceedings by a Court Reporter?     **(Yes)**     No
   (b) Do you wish to waive this right?     Yes     **(No)**

4. Age: **58**     Grade completed in school: **12th + some college**

5. Can you read and understand this form?     **(Yes)**     No
   (If the answer above is "no", **Addendum A** is to be completed and attached.)

6. Are you currently taking any medications or substance which affect your ability to understand these proceedings?     Yes     **(No)**

7. Have you been prescribed any medication that you should be taking, but you are not taking?     Yes     **(No)**
   If so, what kind, and for what purpose? _____

8. Have you ever been treated by a doctor or health professional for a mental illness or confined in a hospital for a mental illness?     Yes     **(No)**
   If yes, list the doctor or health professional, place, and date occurred:

9. Do you understand the nature and consequences of this proceeding?     **(Yes)**     No

1

7

**EXHIBIT 1**

10. Have you received a copy of the Information and read its allegations?   (Yes)   No

11. Does the State move to dismiss or amend any case(s) or count(s) in the information or on page 2 of the information? If so, set forth the cases/counts dismissed or amended: _____   Yes   (No)

12. A. Do you understand that you are charged with:

CF-15-188

| | Crime: | Statutory Reference: | | |
|---|---|---|---|---|
| (1) | Robbery w/ Weapon AFCF | 21 O.S. 801 | Yes | No |
| (2) | Poss Firearm AFCF | 21 O.S. 1283(A) | Yes | No |
| (3) | Kidnapping-AFCF | 21 O.S. 741 | Yes | No |
| (4) | Kidnapping-AFCF | 21 O.S. 741 | Yes | No |
| (5) | Attempted Robbery w/Dang.W AFC | 21 O.S. 791, 801 | Yes | No |
| (6) | Attempted Robbery w/Dang.W AFC | 21 O.S. 791, 801 | Yes | No |
| (7) | Poss Firearm AFCF | 21 O.S. 1283(A) | Yes | No |

B. Are you charged after former conviction of a felony?   (Yes)   No
If yes, list the felony (ies) charged: (1) Kidnapping; (2) Rape-1st
(3) Oral Sodomy

13. Have you previously been convicted of a felony? If so, when, where and for what felony/felonies? 12 B above- Comanche Cty, OK CF-1981-660 on 10/9/1985   Yes   No

14. CHECK IF APPLICABLE:

___ Do you understand you are subject to the Delayed Sentencing Program for Young Adults and what that sentencing program involves?   Yes   No

___ Do you understand that upon a conviction on a plea of guilty to the offense(s) of _____ you will be required to serve a minimum sentence of: _____   Yes   No

_X_ 85% of the sentence of imprisonment imposed before being eligible for parole consideration and you are not eligible for earned or other type of credits which will have the effect of reducing the length of sentence to less than 85% of the sentence imposed?   (Yes)   No

___ % of the sentence of imprisonment imposed or received prior to becoming eligible for state correctional earned credits toward completion of your sentence or eligibility for parole?   Yes   No

___ Do you understand that a conviction on a plea of guilty to the offense(s) of _____ will subject you to mandatory compliance with the Oklahoma Sex Offender Registration Act?   Yes   No

___ Do you understand that any person sentenced to imprisonment for two (2) years or more for the offense of _____, involving sexual abuse, sexual exploitation, or illegal sexual conduct, shall be required to serve a term of post-imprisonment supervision for at least three (3) years under conditions determined by the Department of Corrections, in addition to the actual term of imprisonment. There will be no post-imprisonment supervision for a sentence of life or life without the possibility of parole for offenses involving sexual abuse, sexual exploitation, or illegal sexual conduct.   Yes   No

8

___ Do you understand that a conviction on a plea of guilty to the offense(s) of _____ will subject you to mandatory compliance with the Oklahoma Methamphetamine Offender Registry Act?      Yes      No

_X_ Do you understand that the Court is required to include in the sentence of any person convicted of a felony and sentenced to a term of imprisonment after November 1, 2012, a term of post-imprisonment supervision? The post-imprisonment supervision shall be for a period of not less than nine (9) months nor more than one (1) years following confinement of the person and shall be served under conditions prescribed by the Department of Corrections. There will be no post-imprisonment supervision for a sentence of life without the possibility of parole.      (Yes)      No

15. What is/are the charge(s) to which the Defendant is/are entering a plea today?
    (1) __Robbery w/Weapon__
    (2) __Poss. Firearm AFCF__
    (3) __Kiddnapping x2__
    (4) __Attempted Robbery w/dang. Weapon x2__
    (5) __Poss. Firearm AFCF__

16. Do you understand the range of punishment for the crime(s) is/are:
    (List in same order as in No.15 above)

CF-15-188
(1) Minimum of __10yr__ to a maximum of __Life__ and/or a fine of $_____    Yes    No
(2) Minimum of __10yr__ to a maximum of __Life__ and/or a fine of $_____    Yes    No
(3) Minimum of __10yr__ to a maximum of __Life__ and/or a fine of $_____    Yes    No
(4) Minimum of __10yr__ to a maximum of __Life__ and/or a fine of $_____    Yes    No
(5) Minimum of __10yr__ to a maximum of __Life__ and/or a fine of $_____    Yes    No
(6) Minimum of __10yr__ to a maximum of __Life__ and/or a fine of $_____    Yes    No
(7) Minimum of __10yr__ to a maximum of __Life__ and/or a fine of $_____    Yes    No

17. Read the following statements:

You have the right to a speedy trial before a jury for the determination of whether you are guilty or not guilty, and if you request, to determine sentence. (If pleading to capital murder, advise of procedure in 21 O.S. §701.10(B).

At the trial:
(a) You have the right to have a lawyer represent you, either one you hire yourself, or if you are indigent, a court appointed attorney.

(b) You are presumed innocent of the charges.

(c) You may remain silent or, if you choose, you may testify on your own behalf.

(d) You have the right to see and hear all witnesses called to testify against you and the right to cross-examine them.

(e) You may have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.

(f) The State is required to prove your guilt beyond a reasonable doubt.

3

9

(g) The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a Judge alone who would decide if you were guilty or not guilty, and if guilty, the appropriate punishment.

Do you understand each of these rights?   (Yes)   No

18. Do you understand by entering a plea of guilty, you give up these rights?   (Yes)   No

19. Do you understand that a plea or finding of guilty could increase punishment in any future case committed after this plea?   (Yes)   No

20. Have you talked over the charge(s) with your lawyer, advised her regarding any defense you may have to the charge(s) and had her advice?   (Yes)   No

21. Do you believe your lawyer has effectively assisted you in this case and are you satisfied with her advice?   (Yes)   No

22. Do you wish to change your plea of not guilty to guilty and give up your right to a jury trial and all other previously explained constitutional rights?   (Yes)   No

23. Is there a plea agreement?   Yes   (No)
    What is your understanding of the plea agreement? _____

24. Do you understand the Court is not bound by an agreement or recommendation and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty?   (Yes)   No

25. Do you understand that if there is no plea agreement, the Court can sentence you within the range of punishment stated in Question 16?   (Yes)   No

26. Do you understand your plea of guilty to the charge(s) is after:
    (check one)
    ( ) no prior felony convictions
    ( ) one (1) felony conviction
    ( ) two (2) or more prior felony convictions
    List prior felony convictions to which pleading: ___Ct.1: Kidnapping;
    Ct. 2: Rape; Ct. 3: Oral Sodomy___

27. What is/are your plea(s) to the charge(s) and to each one of them? Guilty

28. Did you commit the acts as charged on the Information?   (Yes)   No
    State a factual basis for your plea(s) On 5/9/15 I took Money from Janie's Garden Center without consent and had a pistol and forced Wes Burros to lie on the ground and confined Laura Correll by not letting her leave. On May 16, 2015 I attempted to take a vehicle belonging to Troy + Joy Sites by use of a gun and I took their keys. Both times I had a gun and I have a prior felony conviction and should not have had a gun.

29. Have you been forced, abused, mistreated, or promised anything by anyone to have you enter your plea(s)?   Yes   (No)

30. Do you plead guilty of your own free will and without any coercion or compulsion of any kind?   (Yes)   No

4

10

31. If you are entering a plea to a felony offense, you have a right to a Pre-Sentence Investigation and Report which would contain the circumstances of the offense, any criminal record, social history and other background information about you. Do you want the report?  (Yes)   No

32. (a) Do you have any additional statements to make to the Court?   Yes   (No)

    (b) Is there any legal reason you should not be sentenced now?   (Yes)   No
    Presentence Investigation

33. Do you understand that, upon a finding of guilt, if you are not a United States' Citizen, you may be subject to deportation/exclusion pursuant to the laws and Regulations governing the United States Citizenship and Immigration Services?  (Yes)   No

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the following statements under oath:

(1) Check One:
  _____ (a) I have read, understood, and completed this form.
  _____ (b) My attorney completed this form and we have gone over the form and I understand its contents and agree with the answers. See **Addendum "A"**
  _____ (c) The Court completed this form for me and inserted my answers to the questions.
(2) The answers are true and correct.
(3) I understand that I may be prosecuted for perjury if I have made false statements to this Court.

_____
Defendant

Acknowledged this _____ day of __FEB 1 0 2016__, 20____.

_____
District Judge

34. I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. (S)He is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are voluntarily given and he/she has been informed of all legal and constitutional rights. Further, I declare that all formal offers from the Prosecution to accept a plea on terms and conditions that may be favorable to the Defendant have been given to the Defendant.

Attorney For Defendant/Alicia C. Sorelle

35. The sentence recommendation in Question 23 is correctly stated. I believe the recommendation is fair to the State of Oklahoma.

36. Offer of Proof (Nolo Contendere Plea) _____

_____
Assistant District Attorney

**THE COURT FINDS AS FOLLOWS:**

37.   A. The Defendant was sworn and responded to questions under oath.

B. The Defendant understands the nature, purpose, and consequences of this procceding.

C. The Defendant's plea(s) of _____ is/are knowingly and voluntarily entered and accepted by the Court.

D. The Defendant is competent for the purpose of this hearing.

E. A factual basis exists for the plea(s) (and former conviction(s), if applicable).

F. The Defendant is guilty as charged: (check as appropriate)
- (   ) after no prior felony convictions.
- (   ) after one (1) prior felony conviction.
- (   ) after two (2) or more prior felony convictions.

G. Sentencing or order deferring sentence shall be: imposed instanter (   ); or continued until the _____ day of _____, 20____, at _____.m. If the Pre-Sentence Investigation and Report is requested, it shall be provided to the Court by the _____ day of _____, 20____.

H. Defendant is committed to:
- _____ The RID Program
- _____ The FORT Program
- _____ The Delayed Sentencing Program for Youthful Offenders

**DONE IN OPEN COURT** this _____ day of _____ FEB 1 0 2016 _____, 20____.

REBECCA S. STORM, CSR
Court Reporter present

_Deputy_ Court Clerk

Judge of the District Court

Name of Judge (typed or printed)

**Part B: Sentence on Plea**

Case No. CF-2015-188
State vs. Kenneth Harold Tibbetts
Date: February 10, 2016

### THE COURT SENTENCES THE DEFENDANT AS FOLLOWS:
### TIME TO SERVE

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows: (list in same order as in question No. 15 in Part A)

   _____
   _____
   _____
   _____

2. The sentence(s) to run (concurrently/consecutively) _____
3. Defendant shall receive: _____ Credit for time served OR _____ No credit for time served.

### DEFERRED SENTENCE

1. The sentencing date is deferred until _____, 20____ at _____.m.

2. You (will/will not) be supervised. The terms set forth in the Rules and Conditions of Probation filed herein shall be the rules you must follow during the period of deferment.

### SUSPENDED SENTENCE or SUSPENDED AS TO PART

1. You are sentenced to confinement under the supervision of the Department of Corrections for a term of years as follows: _____
   _____

   To be suspended as follows:

   (a)  ALL SUSPENDED        YES    NO

   (b)  Suspended except as to the first _____ (days) (months) (years) of the term(s) during which time you are to be held in the custody of the Department of Corrections/Beckham County Jail, the remainder of the sentence(s) to be suspended under the terms set forth in the Rules and Conditions of Probation filed herein.
   _____ Said period of incarceration shall be in the custody of the Department of Corrections, to be served in the Beckham County Jail, in lieu of the Department of Corrections, pursuant to the Community Service Sentencing Program, 22 O.S. Section 991a-4.1.
   _____ Defendant's term of incarceration shall be calculated as:
        _____ Calendar days with credit for good behavior only (57 OS §65)
        _____ As calculated by the Sheriff with all implemented and allowable credits allowed by law.

2. The sentence(s) to run: concurrently/consecutively _____.
3. Defendant shall receive: _____ Credit for time served or _____ No credit for time served.

### FINES AND COSTS

You are to pay a fine(s), costs, fees and/or restitution to the **BECKHAM COUNTY DISTRICT COURT CLERK** as set out in the Rule 8 Payment Order.

7

13

## NOTICE OF RIGHT TO APPEAL

Sentence to Incarceration, Suspended or Deferred:

To appeal from this conviction, or order deferring sentence, on your plea of guilty, you must file in the District Court Clerk's Office a written Application to Withdraw your Plea of Guilty within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your Application within thirty (30) days from the date it is filed. If the trial court denies your application, you have the right to ask the court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days from the date of denial. Within ten (10) days from the date the Application to Withdraw Plea of Guilty is denied, notice of intent to appeal and designation of record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2 (D). If you are indigent, you have the right to be represented on appeal by a court-appointed attorney.

Do you understand each of these rights to appeal?   (Yes)   No

Do you want to remain in the County Jail ten (10) days before being taken to the place of confinement?   Yes   (No)

Have you fully understood the questions that have been asked?   (Yes)   No

Have your answers been freely and voluntarily given?   (Yes)   No

I ACKNOWLEDGE UNDERSTANDING OF RIGHTS AND SENTENCE IMPOSED.

_____
Defendant

I, the undersigned attorney, have advised the Defendant of the appellate rights.

_____
Alicia Carrington Sorelle
Attorney for Defendant

Done in open court, with all parties present, this _____ day of _____ FEB 10 2016, 20___.

REBECCA S. STORM, CSR
Court Reporter present

_____
Deputy Court Clerk

_____
Judge of the District Court

8

## ADDENDUM "A"
## CERTIFICATE OF DEFENSE COUNSEL

As the attorney for the Defendant ___Kenneth Harold Tibbetts___, I certify that:

1. The Defendant has stated to me that he/she is able/unable to read and understand the attached form, and I have: (Check appropriate option)

    ___✓___ determined the Defendant is able to understand the English language.
    _____ determined the Defendant is unable to understand the English language and I have obtained _____ to interpret.

2. I have read and fully explained to the Defendant the allegations contained in the Information in this case.

3. I have read and fully explained to the Defendant all of the questions in the Plea of Guilty/Summary of Facts, and the answers to the questions set out in the Summary of Facts are the Defendant's answers.

4. To the best of my knowledge and belief, the statements and declarations made by the Defendant are accurate and true and have been freely and voluntarily made.

Dated this __10__ day of __Feb__, 20__16__

_____
Alicia Carrington Sorelle
Attorney for the Defendant

9

15