IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR BECKHAM COUNTY

THE STATE OF OKLAHOMA,

    Plaintiff,

vs.

KENNETH HAROLD TIBBETTS

SSN: ███-██-8855
DOB: 07/██/1957

    Defendant(s).

Case No. CF-2015-188

BECKHAM COUNTY FILED JUL 15 2016 DONNA HOWELL, COURT CLERK BY ___ DEPUTY

ORIGINAL RETURN TO COURT CLERK

ISSUED On 7-13-16 Donna Howell, Court Clerk Deputy ___

## JUDGMENT AND SENTENCE

Now, on this 30th day of March, 2016, this matter comes on before the undersigned Judge for sentencing and the Defendant, KENNETH HAROLD TIBBETTS, appears personally and by his attorney, Alicia Carrington Sorelle, the State of Oklahoma represented by Dana J. Hada and Angela C. Marsee, and the Defendant, having ENTERED A PLEA OF GUILTY: to/of the crime(s) of:

COUNT 1: ROBBERY WITH A WEAPON, a FELONY, 21 O.S. § 801, committed on or about the 9th day of May, 2015.

COUNT 2: POSSESSION OF FIREARM AFTER FORMER FELONY CONVICTION, a FELONY, 21 O.S. § 1283(A), committed on or about the 9th day of May, 2015.

COUNT 3: KIDNAPPING, a FELONY, 21 O.S. § 741, committed on or about the 9th day of May, 2015.

COUNT 4: KIDNAPPING, a FELONY, 21 O.S. § 741, committed on or about the 9th day of May, 2015.

COUNT 5: ATTEMPTED ROBBERY WITH A DANGEROUS WEAPON, a FELONY, 21 O.S. § 801, committed on or about the 15th day of May, 2015.

COUNT 6: ATTEMPTED ROBBERY WITH A DANGEROUS WEAPON, a FELONY, 21 O.S. § 801, committed on or about the 15th day of May, 2015.

COUNT 7: POSSESSION OF FIREARM AFTER FORMER FELONY CONVICTION, a FELONY, 21 O.S. § 1283(A), committed on or about the 15th day of May, 2015.

(X) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Defendant, KENNETH HAROLD TIBBETTS, is guilty of the above described offenses and is sentenced as follows:

### TERM OF IMPRISONMENT

Count 1: Sentenced to life
Count 2: Sentenced to a term of 10 years
Count 3: Sentenced to life
Count 4: Sentenced to life
Count 5: Sentenced to life
Count 6: Sentenced to life
Count 7: Sentenced to a term of 10 years

Counts 5 and 6 are to run **concurrent** each with the other and **consecutive** to Count 1.

Under the custody and control of:
(X)     Oklahoma Department of Corrections.

**EXHIBIT 2**

Upon release from such confinement, the Defendant shall serve a term of post-imprisonment supervision, under conditions prescribed by the Department of Corrections.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that in addition to the preceding terms, the Defendant is also sentenced to:

### COSTS, VCA AND RESTITUTION

COUNT 1:
Restitution $2,800.00
Victim Compensation Assessment $250.00
PSI Fee: $250.00

COUNT 2:
Victim Compensation Assessment $50.00

COUNT 3:
Victim Compensation Assessment $50.00

COUNT 4:
Victim Compensation Assessment $50.00

COUNT 5:
Restitution $500.00
Victim Compensation Assessment $250.00

COUNT 6:
Victim Compensation Assessment $250.00

COUNT 7:
Victim Compensation Assessment $50.00

The defendant is to pay court cost as ordered and as agreed upon with the Court Clerk's Office.

### SPECIAL RULES AND CONDITIONS OF PROBATION

The defendant is to follow all rules and condition of probation as ordered by the court.

IT IS FURTHER ORDERED that judgment is hereby entered against the Defendant as to the fines, costs, and assessments set forth above.

The Court further advised the Defendant of his rights and procedure to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State subject to reimbursement of the cost or representation in accordance with Title 22 O.S. § 1355.14. The Court further advised the Defendant that, in the event the above sentence is for a crime involving domestic violence where the Defendant is or was a spouse, intimate partner, parent, or guardian of the victim, or is or was involved in another similar relationship with the victim, it may be unlawful for him or her to possess, purchase, receive, transport or ship a firearm including a rifle, pistol or revolver or ammunition pursuant to federal law under Title 18 U.S.C. § 992(g)(8) or (9), or state law or both.

In the event the above sentence is for incarceration in the Department of Corrections, the Sheriff of Beckham County, Oklahoma is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to serve as warrant authority of the Sheriff for the transportation and the imprisonment of the Defendant as herein before provided. The Sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

17

## COURT CLERK'S DUTY

[TRIAL JUDGE TO COMPLETE THIS SECTION]

**IT IS FURTHER ORDERED** that the Clerk of this Court shall register or report the following circumstances in accordance with the applicable statutory authority:

(✓) As to Count(s) _____, the defendant is ineligible to register to vote pursuant to Section 4-101 of Title 26.

( ) Pursuant to Section 985.1 of Title 22, the Court departed from the mandatory minimum sentence of imprisonment as to Count(s) _____.

( ) As to Count(s) _____, the defendant is subject to the Methamphetamine Offender Registry requirements as set forth in Section 2-701 of Title 63.

( ) Defendant is a lawyer and certified copies of this document shall be transmitted to the Chief Justice of the Supreme Court and the General Counsel of the Bar Association within five (5) days as set forth in Rule 7.2 of the Oklahoma Rules of Professional Conduct, 5 O.S.Supp.2014, ch. 1, app. 1-A.

WITNESS my hand the day and year first above mentioned.

_____
Doug Haught
Judge of the District Court

(SEAL)
ATTEST: Donna Howell, Court Clerk

_____
Deputy Clerk

## CLERK'S CERTIFICATION OF COPIES

I, Donna Howell, Clerk of the District Court of Beckham County, State of Oklahoma, do hereby certify the foregoing to be a true, correct, full and complete copy of the original Judgment and Sentence in the case of Oklahoma v. KENNETH HAROLD TIBBETTS as the same appears of record in my office.

WITNESS my hand and official seal this _____ day of _____, _____.

Donna Howell, Court Clerk

By: _____
    Deputy Clerk

(SEAL)

## SHERIFF'S RETURN

I received this Judgment and Sentence the _____ day of _____, _____, and executed it by delivering the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, on the _____ day of _____, _____.

I also certify the above prisoner has served _____ days in the County Jail on the present charge or charges.

Scott Jay, Sheriff

_____
Deputy Sheriff

18