

**OKLAHOMA State Courts Network**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR BECKHAM COUNTY, OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA V. KENNETH HAROLD TIBBETTS | No. CF-2015-00188<br>(Criminal Felony)<br><br>Filed: 05/26/2015<br><br>Judge: HAUGHT, HONORABLE DOUG |

# PARTIES

TIBBETTS,  KENNETH  HAROLD, Defendant
ELK CITY POLICE DEPARTMENT, ARRESTING AGENCY
COOK,  JOHN  #2, ARRESTING OFFICER

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| MARSEE, MS. ANGELA C.<br>DISTRICT ATTORNEY<br>P. O. BOX 36<br>ARAPAHO , OK 73620 | |
| YOHN, MR. RICHARD<br>PO BOX 1494<br>CLINTON , OK 73601 | |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, June 9, 2015 at 1:30PM<br>  ATTORNEY DATE | | | |
| Thursday, July 30, 2015 at 9:00AM<br>  BOND HEARING | | | |
| Tuesday, September 1, 2015 at 9:00AM<br>  PRELIMINARY HEARING | | | |

**EXHIBIT 5**

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, October 13, 2015 at 9:00AM<br>   PRELIMINARY HEARING | | | |
| Wednesday, December 2, 2015 at 1:30PM<br>   FELONY MOTION DOCKET | | | |
| Wednesday, December 30, 2015 at 1:30PM<br>   FELONY MOTION DOCKET | | | |
| Friday, January 15, 2016 at 9:30AM<br>   PRE-TRIAL | | | |
| Tuesday, February 23, 2016 at 9:30AM<br>   JURY TRIAL | | | |
| Wednesday, March 23, 2016 at 1:30PM<br>   FELONY MOTION DOCKET | | | |
| Wednesday, March 30, 2016 at 9:30AM<br>   FELONY MOTION DOCKET | | | |
| Wednesday, March 30, 2016<br>    GUILTY | | | |
| Wednesday, April 20, 2016 at 9:00AM<br>   FELONY MOTION DOCKET | | | |
| Wednesday, May 4, 2016 at 1:30PM<br>   FELONY MOTION DOCKET | | | |
| Wednesday, May 11, 2016 at 1:30PM<br>   FELONY MOTION DOCKET | | | |
| Wednesday, July 6, 2016<br>   OTC REPORT: ADD | | | |
| Thursday, July 6, 2017<br>   OTC REPORT: ADD | | | |
| Thursday, July 5, 2018<br>   OTC REPORT: VOID | | | |
| Friday, November 17, 2023<br>    OTC PROCESSING: IGNORE THIS CASE | | | |

# COUNTS

1.  ROBBERY WITH A WEAPON
2.  POSSESSION OF FIREARM AFTER FORMER FELONY CONVICTION
3.  KIDNAPPING, in violation of 21 OS 741
4.  KIDNAPPING, in violation of 21 OS 741
5.  ATTEMPTED ROBBERY WITH A DANGEROUS WEAPON
6.  ATTEMPTED ROBBERY WITH A DANGEROUS WEAPON
7.  POSSESS FIREARMS AFTER CONVICTION OR DURING PROBATION

# DOCKET

| Date | Code | Description | Count |
|---|---|---|---|

| Date | Description | Amount |
|---|---|---|
| 05-26-2015 | [ TEXT ] | $ 103.00 |
| | CT 1 INFORMATION FELONY | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| | LAW LIBRARY FEE | $ 6.00 |
| | SHERIFF ARREST FEE | $ 5.00 |
| | CLEET | $ 9.00 |
| | AFIS | $ 5.00 |
| | STATE TREASURERS FORENSIC FEE | $ 5.00 |
| | 10% OF AFS1 | $ 0.50 |
| | 10% OF CLT9 | $ 0.90 |
| | 10% OF FORE | $ 0.50 |
| | MEDICAL EXPENSE LIABILITY REVOLVING FUND FEE | $ 10.00 |
| | 10% OF MLRF TO COURT CLERK REVOLVING FUND | $ 1.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 7/1/04 | $ 25.00 |
| | DISTRICT ATTORNEY REVOLVING FUND | $ 25.00 |
| | 10% OF DARF | $ 2.50 |
| | SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT | $ 10.00 |
| | 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT | $ 3.00 |
| | 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| | CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $ 3.00 |
| | 10% OF CAMA FEE | $ 0.30 |
| 05-26-2015 | [ TEXT ] | $ 103.00 |
| | CT 2 INFORMATION FELONY | |
| | LAW LIBRARY FEE | $ 6.00 |
| | SHERIFF ARREST FEE | $ 5.00 |
| | CLEET | $ 9.00 |
| | AFIS | $ 5.00 |
| | STATE TREASURERS FORENSIC FEE | $ 5.00 |
| | 10% OF AFS1 | $ 0.50 |
| | 10% OF CLT9 | $ 0.90 |
| | 10% OF FORE | $ 0.50 |
| | MEDICAL EXPENSE LIABILITY REVOLVING FUND FEE | $ 10.00 |
| | 10% OF MLRF TO COURT CLERK REVOLVING FUND | $ 1.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 7/1/04 | $ 25.00 |
| | DISTRICT ATTORNEY REVOLVING FUND | $ 25.00 |
| | 10% OF DARF | $ 2.50 |
| | SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT | $ 10.00 |
| | 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |

| | |
|---|---:|
| ATTORNEY GENERAL VICTIM SERVICES UNIT | $ 3.00 |
| 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $ 3.00 |
| 10% OF CAMA FEE | $ 0.30 |
| **05-26-2015  [ TEXT ]** | **$ 103.00** |
| CT 3 INFORMATION FELONY | |
| LAW LIBRARY FEE | $ 6.00 |
| SHERIFF ARREST FEE | $ 5.00 |
| CLEET | $ 9.00 |
| AFIS | $ 5.00 |
| STATE TREASURERS FORENSIC FEE | $ 5.00 |
| 10% OF AFS1 | $ 0.50 |
| 10% OF CLT9 | $ 0.90 |
| 10% OF FORE | $ 0.50 |
| MEDICAL EXPENSE LIABILITY REVOLVING FUND FEE | $ 10.00 |
| 10% OF MLRF TO COURT CLERK REVOLVING FUND | $ 1.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 7/1/04 | $ 25.00 |
| DISTRICT ATTORNEY REVOLVING FUND | $ 25.00 |
| 10% OF DARF | $ 2.50 |
| SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT | $ 10.00 |
| 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |
| ATTORNEY GENERAL VICTIM SERVICES UNIT | $ 3.00 |
| 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $ 3.00 |
| 10% OF CAMA FEE | $ 0.30 |
| **05-26-2015  [ TEXT ]** | **$ 103.00** |
| CT 4 INFORMATION FELONY | |
| LAW LIBRARY FEE | $ 6.00 |
| SHERIFF ARREST FEE | $ 5.00 |
| CLEET | $ 9.00 |
| AFIS | $ 5.00 |
| STATE TREASURERS FORENSIC FEE | $ 5.00 |
| 10% OF AFS1 | $ 0.50 |
| 10% OF CLT9 | $ 0.90 |
| 10% OF FORE | $ 0.50 |
| MEDICAL EXPENSE LIABILITY REVOLVING FUND FEE | $ 10.00 |
| 10% OF MLRF TO COURT CLERK REVOLVING FUND | $ 1.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 7/1/04 | $ 25.00 |
| DISTRICT ATTORNEY REVOLVING FUND | $ 25.00 |

| | | |
|---|---|---|
| | 10% OF DARF | $ 2.50 |
| | SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT | $ 10.00 |
| | 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT | $ 3.00 |
| | 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| | CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $ 3.00 |
| | 10% OF CAMA FEE | $ 0.30 |
| **05-26-2015  [ TEXT ]** | | **$ 103.00** |
| | CT 5 INFORMATION FELONY | |
| | LAW LIBRARY FEE | $ 6.00 |
| | SHERIFF ARREST FEE | $ 5.00 |
| | CLEET | $ 9.00 |
| | AFIS | $ 5.00 |
| | STATE TREASURERS FORENSIC FEE | $ 5.00 |
| | 10% OF AFS1 | $ 0.50 |
| | 10% OF CLT9 | $ 0.90 |
| | 10% OF FORE | $ 0.50 |
| | MEDICAL EXPENSE LIABILITY REVOLVING FUND FEE | $ 10.00 |
| | 10% OF MLRF TO COURT CLERK REVOLVING FUND | $ 1.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 7/1/04 | $ 25.00 |
| | DISTRICT ATTORNEY REVOLVING FUND | $ 25.00 |
| | 10% OF DARF | $ 2.50 |
| | SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT | $ 10.00 |
| | 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT | $ 3.00 |
| | 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| | CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $ 3.00 |
| | 10% OF CAMA FEE | $ 0.30 |
| **05-26-2015  [ TEXT ]** | | |
| | PROBABLE CAUSE AFFIDAVIT FOR ARREST WITHOUT WARRANT | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| **05-27-2015  [ TEXT ]** | | |
| | AMENDED INFORMATION (COUNT 5 DISMISSED) | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| **05-27-2015  [ TEXT ]** | | **$ -103.00** |
| | CT 5 CF COUNT DISMISSED/SUSPENDED | |
| | LAW LIBRARY FEE | $ -6.00 |
| | SHERIFF ARREST FEE | $ -5.00 |
| | CLEET | $ -9.00 |
| | AFIS | $ -5.00 |

| | |
|---|---:|
| STATE TREASURERS FORENSIC FEE | $ -5.00 |
| 10% OF AFS1 | $ -0.50 |
| 10% OF CLT9 | $ -0.90 |
| 10% OF FORE | $ -0.50 |
| MEDICAL EXPENSE LIABILITY REVOLVING FUND FEE | $ -10.00 |
| 10% OF MLRF TO COURT CLERK REVOLVING FUND | $ -1.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 7/1/04 | $ -25.00 |
| DARF | $ -25.00 |
| 10% OF DARF | $ -2.50 |
| SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT | $ -10.00 |
| 10% OF COURTHOUSE SECURITY FEE | $ -1.00 |
| ATTORNEY GENERAL VICTIM SERVICES UNIT | $ -3.00 |
| 10% OF AG VICTIM SERVICES FEE | $ -0.30 |
| CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $ -3.00 |
| 10% OF CAMA FEE | $ -0.30 |

**05-27-2015  [ TEXT ]**

INITIAL APPEARANCE: ROPER BOND $500,000.00
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**06-09-2015  [ TEXT ]**

ENTRY OF APPEARANCE--ALLICIA C. SORELLE
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**06-15-2015  [ TEXT ]**

COURT ORDER MINUTE:
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

DEF APPEARS THROUGH COUNSEL, SORELLE. STATE THROUGH

HADA. PRELIMINARY HEARING IS SET FOR 9-1-15 AT 9:00 AM.

SO ORDERED. MKR.

**07-14-2015  [ TEXT ]**

AFFIDAVIT FOR SEARCH WARRANT
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015  [ TEXT ]**

SEARCH WARRANT
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015  [ TEXT ]**

SEARCH WARRANT RETURN
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015  [ TEXT ]**

AFFIDAVIT FOR SEARCH WARRANT
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015** [ TEXT ]
    SEARCH WARRANT
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015** [ TEXT ]
    SEARCH WARRANT RETURN
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015** [ TEXT ]
    AFFIDAVIT FOR SEARCH WARRANT
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015** [ TEXT ]
    SEARCH WARRANT
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015** [ TEXT ]
    SEARCH WARRANT RETURN
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015** [ TEXT ]
    AFFIDAVIT FOR SEARCH WARRANT
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015** [ TEXT ]
    SEARCH WARRANT
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-14-2015** [ TEXT ]
    SEARCH WARRANT RETURN
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-21-2015** [ TEXT ]
    COURT ORDER MINUTE:
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office
    BOND REDUCTION IS SET FOR 7-30-15 AT 9:00 A.M. MKR

**07-21-2015** [ TEXT ]
    MOTION TO REDUCE BAIL
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-30-2015** [ TEXT ]
    COURT ORDER MINUTE:
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office
    DEFT. APPEARS WITH COUNSEL, SORELLE. STATE BY ADA WEBB.
    BOND REDUCTION IS HELD. BOND IS REDUCED TO $50,000.00.
    CONDITIONED UPON STRICT HOUSE ARREST AND ANKLE MONITOR.
    ANKLE MONITOR PRIOR TO RELEASE FROM JAIL. NO CONTACT
    WITH ALLEGED VICTIM AND NOT GOING ON THE PREMISES OF
    ALLEGED VIOLATIONS. PRELIMINARY HEARING SET FOR 9-1-15
    HAS BEEN STRICKEN AND IS RE-SET TO 10-13-15 AT 9:00
    A.M. MKR

| Date | | Amount |
|---|---|---|
| 08-05-2015 | [ TEXT ] | $ 10.00 |
| | APPEARANCE BOND BY JULIE BERG/HOLLIE BRITTON | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| | JAIL FUND FEE BOND $50,000 POWER 00226 | $ 25.00 |
| | 10%OF JAIL FUND FEE | $ 2.50 |
| 10-13-2015 | [ TEXT ] | |
| | COURT ORDER MINUTE: | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| | FORMAL ARRAIGNMENT SET BEFORE JUDGE HAUGHT ON 12-2-15 | |
| | AT 1:30 P.M. MKR | |
| 10-13-2015 | [ TEXT ] | |
| | WAIVER OF PRELIMINARY HEARING | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 10-31-2015 | [ TEXT ] | |
| | BINDOVER ORDER: ROPER | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 12-02-2015 | [ TEXT ] | |
| | RECORD OF PROCEEDINGS: HAUGHT | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 12-08-2015 | [ TEXT ] | |
| | BRIEF IN SUPPORT OF MOTION FOR CONSOLIDATION | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 12-08-2015 | [ TEXT ] | |
| | MOTION FOR CONSOLIDATION | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 01-15-2016 | [ TEXT ] | |
| | COURT ORDER MINUTE | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| | DEFT APPEARS W/ATTY A. SORELLE; STATE BY DA MARSEE. | |
| | MOTION TO CONSOLIDATE IS HEARD, DEFT HAS NO OBJECTION | |
| | TO MOTION. COURT ORDERS CONSOLIDATION OF CASES | |
| | CF-15-188 AND CF-15-192. STATE WILL AMEND INFORMATION | |
| | IN CF-15-188 AND WILL FILE DISMISSAL IN CF-15-192. CASE | |
| | SET FOR JURY TRIAL ON 2-23-16 @ 9:30 AM. DH | |
| 01-19-2016 | [ TEXT ] | |
| | AMENDED INFORMATION (CONSOLIDATE CF-15-192 W/188) | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 01-19-2016 | [ TEXT ] | $ 103.00 |
| | CT 5 INFORMATION FELONY | |
| | LAW LIBRARY FEE | $ 6.00 |
| | SHERIFF ARREST FEE | $ 5.00 |
| | CLEET | $ 9.00 |

| | |
|---|---:|
| AFIS | $ 5.00 |
| STATE TREASURERS FORENSIC FEE | $ 5.00 |
| 10% OF AFS1 | $ 0.50 |
| 10% OF CLT9 | $ 0.90 |
| 10% OF FORE | $ 0.50 |
| MEDICAL EXPENSE LIABILITY REVOLVING FUND FEE | $ 10.00 |
| 10% OF MLRF TO COURT CLERK REVOLVING FUND | $ 1.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 7/1/04 | $ 25.00 |
| DISTRICT ATTORNEY REVOLVING FUND | $ 25.00 |
| 10% OF DARF | $ 2.50 |
| SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT | $ 10.00 |
| 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |
| ATTORNEY GENERAL VICTIM SERVICES UNIT | $ 3.00 |
| 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $ 3.00 |
| 10% OF CAMA FEE | $ 0.30 |
| **01-19-2016  [ TEXT ]** | **$ 103.00** |
| CT 6 INFORMATION FELONY | |
| LAW LIBRARY FEE | $ 6.00 |
| SHERIFF ARREST FEE | $ 5.00 |
| CLEET | $ 9.00 |
| AFIS | $ 5.00 |
| STATE TREASURERS FORENSIC FEE | $ 5.00 |
| 10% OF AFS1 | $ 0.50 |
| 10% OF CLT9 | $ 0.90 |
| 10% OF FORE | $ 0.50 |
| MEDICAL EXPENSE LIABILITY REVOLVING FUND FEE | $ 10.00 |
| 10% OF MLRF TO COURT CLERK REVOLVING FUND | $ 1.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 7/1/04 | $ 25.00 |
| DISTRICT ATTORNEY REVOLVING FUND | $ 25.00 |
| 10% OF DARF | $ 2.50 |
| SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT | $ 10.00 |
| 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |
| ATTORNEY GENERAL VICTIM SERVICES UNIT | $ 3.00 |
| 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $ 3.00 |
| 10% OF CAMA FEE | $ 0.30 |
| **01-19-2016  [ TEXT ]** | **$ 103.00** |
| CT 7 INFORMATION FELONY | |

| | |
|---|---:|
| LAW LIBRARY FEE | $ 6.00 |
| SHERIFF ARREST FEE | $ 5.00 |
| CLEET | $ 9.00 |
| AFIS | $ 5.00 |
| STATE TREASURERS FORENSIC FEE | $ 5.00 |
| 10% OF AFS1 | $ 0.50 |
| 10% OF CLT9 | $ 0.90 |
| 10% OF FORE | $ 0.50 |
| MEDICAL EXPENSE LIABILITY REVOLVING FUND FEE | $ 10.00 |
| 10% OF MLRF TO COURT CLERK REVOLVING FUND | $ 1.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 7/1/04 | $ 25.00 |
| DISTRICT ATTORNEY REVOLVING FUND | $ 25.00 |
| 10% OF DARF | $ 2.50 |
| SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT | $ 10.00 |
| 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |
| ATTORNEY GENERAL VICTIM SERVICES UNIT | $ 3.00 |
| 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $ 3.00 |
| 10% OF CAMA FEE | $ 0.30 |

**01-20-2016**  [ TEXT ]

COURT ORDER: ROPER
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**01-20-2016**  [ TEXT ]

NOTICE OF INTENT TO DECLARE INSANITY AS DEFENSE
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**01-21-2016**  [ TEXT ]

MOTION FOR DISCOVERY
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**01-29-2016**  [ TEXT ]   $ 25.00

CORRECTION TO ACCOUNTING ENTRIES OF INITIAL BOND FILING

| | |
|---|---:|
| (Entry with fee only) | $ -25.00 |
| (Entry with fee only) | $ -2.50 |

**02-01-2016**  [ TEXT ]

MOTION FOR DISCOVERY AND BRIEF IN SUPPORT
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**02-03-2016**  [ TEXT ]

STATE'S NOTICE OF INTENT TO OFFER LAB REPORT AS
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

EVIDENCE

| | | |
|---|---|---|
| 02-03-2016 | [ TEXT ] | |
| | SUBPOENA MAILED BY DA: OKLAHOMA DEPARTMENT OF | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| | CORRECTION | |
| 02-10-2016 | [ TEXT ] | |
| | ORDER FOR PRESENTENCE REPORT | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 02-10-2016 | [ TEXT ] | |
| | PLEA OF GUILTY/SUMMARY OF FACTS | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 02-10-2016 | [ TEXT ] | |
| | SENTENCING MINUTE: HAUGHT | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 02-18-2016 | [ TEXT ] | |
| | GRIEVANCE REQUEST FORM | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 02-18-2016 | [ TEXT ] | |
| | GRIEVANCE REQUEST FORM | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 02-18-2016 | [ TEXT ] | |
| | GRIEVANCE REQUEST FORM | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 03-08-2016 | [ TEXT ] | |
| | SUBPOENA MAILED BY DA:BURKS | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 03-14-2016 | [ TEXT ] | |
| | COURT ORDER MINUTE | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| | BY AGREEMENT OF PARTIES, CASE CON'T FROM 3-23-16 TO | |
| | 3-30-16 @ 1:30 PM. DH | |
| 03-21-2016 | [ TEXT ] | |
| | PRE-SENTENCE INVESTIGATION | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 03-30-2016 | [ TEXT ] | $ 250.00 |
| | VICTIMS COMPENSATION ASSESSMENT/NON VIOLENT FELONY | |
| | 10% OF VCA | $ 25.00 |
| 03-30-2016 | [ TEXT ] | $ 50.00 |
| | VICTIMS COMPENSATION ASSESSMENT/NON VIOLENT FELONY | |
| | 10% OF VCA | $ 5.00 |
| 03-30-2016 | [ TEXT ] | $ 50.00 |
| | VICTIMS COMPENSATION ASSESSMENT/NON VIOLENT FELONY | |
| | 10% OF VCA | $ 5.00 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 03-30-2016 | [ TEXT ] | VICTIMS COMPENSATION ASSESSMENT/NON VIOLENT FELONY | $ 50.00 |
| | | 10% OF VCA | $ 5.00 |
| 03-30-2016 | [ TEXT ] | VICTIMS COMPENSATION ASSESSMENT/NON VIOLENT FELONY | $ 250.00 |
| | | 10% OF VCA | $ 25.00 |
| 03-30-2016 | [ TEXT ] | VICTIMS COMPENSATION ASSESSMENT/NON VIOLENT FELONY | $ 250.00 |
| | | 10% OF VCA | $ 25.00 |
| 03-30-2016 | [ TEXT ] | VICTIMS COMPENSATION ASSESSMENT/NON VIOLENT FELONY | $ 50.00 |
| | | 10% OF VCA | $ 5.00 |
| 03-30-2016 | [ TEXT ] | PRE-SENTENCE INVESTIGATION | $ 250.00 |
| 03-30-2016 | [ TEXT ] | CRIMINAL/REPORTER FEE REQUESTED BY: | $ 20.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM - EFFECTIVE 7/1/04 | $ 25.00 |
| 03-30-2016 | [ TEXT ] | TRANSPORT FEE (MALE) | $ 167.28 |
| | | OCIS | $ 88.75 |
| 03-30-2016 | [ TEXT ] | SENTENCING MINUTE: HAUGHT Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 03-31-2016 | [ TEXT ] | PUT A CERTIFIED COPY OF NOTICE OF J&S IN SHERIFF'S BASKET FOR DOC NOTIFICATION. | |
| 03-31-2016 | [ TEXT ] | NOTICE OF JUDGMENT AND SENTENCE Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 04-06-2016 | [ TEXT ] | APPLICATION TO WITHDRAW PLEA OF GUILTY Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 04-06-2016 | [ TEXT ] | ORDER SETTING HEARING ON DEFENDANT'S APPLICATION TO Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office WITHDRAW PLEA OF GUILTY | |
| 04-13-2016 | [ TEXT ] | COURT ORDER MINUTE Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office COURT ADVISES THAT INDIGENT DEFENSE BE APPOINTED FOR MOTION TO WITHDRAW PLEA ONLY. MERITS HEARING IS SET FOR | |

| | |
|---|---|
| 04-15-2016 | **[ TEXT ]** |
| | COURT ORDER MINUTE |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |
| | CASE CON'T TO 5-4-16 @ 1:30 PM AT STATE'S REQUEST |
| | W/CONSENT OF COUNSEL SORELLE AND YOHN. DH |
| 04-15-2016 | **[ TEXT ]** |
| | APPLICATION FOR APPOINTED COUNSEL AND |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |
| | AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL |
| 04-19-2016 | **[ TEXT ]** |
| | ORDER APPOINTING COUNSEL--OIDS |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |
| 04-19-2016 | **[ TEXT ]** |
| | BRIEF IN SUPPORT OF APPLICATION TO WITHDRAW PLEA OF |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |
| | GUILTY |
| 04-29-2016 | **[ TEXT ]** |
| | TRANSCRIPT OF PROCEEDINGS GUILTY PLEA STATEMENT HAD |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |
| | ON THE 10TH DAY OF FEBRUARY, 2016 BEFORE THE HONORABLE |
| | F. DOUGLAS HAUGHT DISTRICT JUDGE |
| 05-04-2016 | **[ TEXT ]** |
| | SUBPOENA DELIVERED BY DA:SORELLE |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |
| 05-04-2016 | **[ TEXT ]** |
| | COURT ORDER MINUTE |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |
| | ATTY R. YOHN APPEARS; STATE BY DA A. MARSEE. CASE |
| | CON'T TO 5-11-16 @ 1:30 PM. DH |
| 05-04-2016 | **[ TEXT ]** |
| | APPLICATION WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |
| 05-04-2016 | **[ TEXT ]** |
| | WRIT OF HABEAS CORPUS AD PROSEQUENDUM ISSUED |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |
| 05-05-2016 | **[ TEXT ]** |
| | ORDER ALLOWING WITHDRAWAL OF COUNSEL |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |
| 05-11-2016 | **[ TEXT ]** |
| | COURT ORDER MINUTE |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office |

| | |
|---|---|
| DEFT APPEARS W/ATTY R. YOHN ; STATE BY DA A. MARSEE & ADA D. HADA. DEFT'S MOTION TO WITHDRAW GUILTY PLEA IS HEARD, ARGUED AND OVERRULED. DH | |
| **05-16-2016  [ TEXT ]** | $ 596.92 |
| WRIT OF HABEAS CORPUS AD PROSEQUENDUM RETURNED  Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| **05-18-2016  [ TEXT ]** | |
| NOTICE OF INTENT TO APPEAL: ORDER DETERMININE  Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office  INDIGENCY, APPEALATE COUNSEL, PREPARATIN OF APPEAL  RECORD, AND GRANTING TRIAL COUNSELS'S MOTION TO  WITHDRAW; COURT REPORTER'S ACKNOWLEDGEMENT; AND  NOTIFICATION OF APPROPRIATE APPELLATE COUNSEL, IF  APPOINTED | |
| **05-25-2016  [ TEXT ]** | |
| CERTIFICATE OF APPEAL  Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| **05-27-2016  [ TEXT ]** | |
| SUPPLEMENTAL DESIGNATION OF RECORD  Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| **06-08-2016  [ TEXT ]** | |
| LETTER OF REQUEST FROM OIDS  Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| **06-20-2016  [ TEXT ]** | |
| ORDER DIRECTING TRANSCRIPT BE PREPARED  Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| **06-20-2016  [ TEXT ]** | |
| TRANSCRIPT OF PROCEEDINGS MOTION HEARING HAD ON THE  Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office  11TH DAY OF MAY, 2016 BEFORE THE HONORABLE DOUG HAUGHT  DISTRICT JUDGE | |
| **07-06-2016  [ TEXT ]** | $ 10.00 |
| OTC: WARRENT INTERCEPT MAILED TO OTC | |
| **07-07-2016  [ TEXT ]** | |
| NOTICE OF FILING  Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| **07-07-2016  [ TEXT ]** | |
| ORDER DIRECTING TRANSCRIPT BE PREPARED  Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| **07-07-2016  [ TEXT ]** | |
| TRANSCRIPT OF PROCEEDINGS JUDGMENT AND SENTENCE  Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |

HAD ON THE 30TH DAY OF MARCH, 2016 BEFORE THE HONORABLE DOUG HAUGHT DISTRICT JUDGE.

| | | |
|---|---|---|
| 07-07-2016 | [ TEXT ] | |
| | CONT'D | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 07-13-2016 | [ TEXT ] | |
| | JUDGMENT AND SENTENCE ISSUED | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 07-15-2016 | [ TEXT ] | |
| | JUDGMENT AND SENTENCE RETURNED | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 07-21-2016 | [ TEXT ] | |
| | NOTICE OF COMPLETION OF RECORD FOR APPEALS FROM | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| | DISTRICT COURT | |
| 07-25-2016 | [ TEXT ] | |
| | REQUEST TO TRANSMIT APPEAL RECORDS | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 07-25-2016 | [ TEXT ] | $ 200.00 |
| | PREPARING AND TRANSMITTING CF/CM RECORD ON APPEAL | |
| | (NON-JURY TRIAL) | |
| 07-25-2016 | [ TEXT ] | |
| | CERTIFICATE OF MAILING | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 07-06-2017 | [ TEXT ] | $ 10.00 |
| | OTC: WARRENT INTERCEPT MAILED TO OTC | |
| 09-15-2017 | [ TEXT ] | |
| | SUMMARY OPINION DENYING CERTIORARI | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 09-15-2017 | [ TEXT ] | |
| | MANDATE | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 05-16-2018 | [ TEXT ] | |
| | APPLICATION FOR POST-CONVICTION RELIEF | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| 12-19-2018 | [ TEXT ] | |
| | STATE'S ANSWER TO PETITIONER'S APPLICATION FOR POST | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |
| | CONVICTION RELIEF | |
| 03-23-2023 | [ TEXT ] | |
| | ORDER DIRECTING RESPONSE | |
| | Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | |

**03-29-2023**  [ TEXT ]
    POST CONVICTION FINDINGS
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**03-29-2023**  [ TEXT ]
    CERTIFICATE OF DELIVERY
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**03-30-2023**  [ TEXT ]
    PETITION FOR WRIT OF MANDAMUS
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**04-18-2023**  [ TEXT ]
    NOTICE OF POST-CONVICTION APPEAL
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**04-25-2023**  [ TEXT ]
    COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office
    ORDER DISMISSING REQUEST AS MOOT

**06-14-2023**  [ TEXT ]
    REQUEST FROM DEFENDANT
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-17-2023**  [ TEXT ]
    CERTIFICATE OF APPEAL
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**07-27-2023**  [ TEXT ]
    IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office
    OKLAHOMA - ORDER DECLINING JURISDICTION

**09-07-2023**  [ TEXT ]
    AFFIDAVIT IN FORMA PAUPERIS
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**09-07-2023**  [ TEXT ]
    APPLICATION FOR POST-CONVICTION RELIEF
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**09-07-2023**  [ TEXT ]
    BRIEF IN SUPPORT OF APPLICATION FOR POST-CONVICTION
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office
    RELIEF

**10-04-2023**  [ TEXT ]
    STATE'S ANSWER TO PETITIONER'S APPLICATION FOR POST
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office
    CONVICTION RELIEF

**10-05-2023**  [ TEXT ]
    ORDER RECOMMENDING APPEAL OUT OF TIME POST CONVICTION
    Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**10-05-2023** [ TEXT ]

CERTIFICATE OF DELIVERY
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**10-18-2023** [ TEXT ]

NOTICE OF POST-CONVICTION APPEAL
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**10-31-2023** [ TEXT ]

NOTICE OF COMPLETION OF RECORD FOR APPEALS FROM
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office
DISTRICT COURT

**11-03-2023** [ TEXT ]

CERTIFICATE OF APPEAL
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**11-03-2023** [ TEXT ]

RETURN RECEIPT OF CERTIFIED MAIL - DATED: 11/2/23
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office
SIGNED BY: AMY BEAM

**11-03-2023** [ TEXT ]

RETURN RECEIPT OF CERTIFIED MAIL - DATED:
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office
SIGNED BY: EISHA JONES

**11-06-2023** [ TEXT ]

REQUEST TO TRANSMIT APPEAL RECORDS TO SUPREME COURT
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**11-06-2023** [ TEXT ]

CERTIFICATE OF MAILING
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**11-13-2023** [ TEXT ]

MANDATE
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**11-13-2023** [ TEXT ]

ORDER GRANTING POST-CONVICTION APPEAL OUT OF TIME
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**11-16-2023** [ TEXT ]

NOTICE OF POST-CONVICTION APPEAL
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**12-11-2023** [ TEXT ]

CERTIFICATE OF APPEAL
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

**12-18-2023** [ TEXT ]

NOTICE OF COMPLETION OF RECORD ON APPEAL
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office