IN THE DISTRICT COURT OF BECKHAM COUNTY, STATE OF OKLAHOMA

| STATE OF OKLAHOMA | | MS. ANGELA C. MARSEE |
|---|---|---|
| Plaintiff(s) | BECKHAM COUNTY FILED | Attorney(s) for Plaintiff(s) |
| --vs-- | MAY 11 2016 | Case No. CF-2015-00188 |
| KENNETH HAROLD TIBBETTS | DONNA HOWELL, COURT CLERK | MR. RICHARD YOHN |
| Defendant | BY_____ DEPUTY | Attorney(s) for Defendant(s) |

Info: MERITS

SUMMARY ORDER

Date: 05-11-2016     Judge: HONORABLE DOUG HAUGHT

Court Reporter: _____

COURT ORDER MINUTE
DEFT APPEARS W/ATTY R. YOHN ; STATE BY DA A. MARSEE &
ADA D. HADA. DEFT'S MOTION TO WITHDRAW GUILTY PLEA IS
HEARD, ARGUED AND OVERRULED. DH

S/ DOUG HAUGHT
_____
JUDGE

**EXHIBIT 6**