**ORIGINAL**

**FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA**

IN THE COURT OF CRIMINAL APPEALS IN THE STATE OF OKLAHOMA

JUN 2 8 2016

MICHAEL S. RICHIE
CLERK

KENNETH HAROLD TIBBETTS, )
)
        Petitioner, )
)
) Case No. C-2016-419
)
v. )
)
STATE OF OKLAHOMA, )
)
        Respondent. )

## PETITION FOR WRIT OF CERTIORARI

Petitioner, Kenneth Harold Tibbetts, appears by his attorney and shows this Court the following:

I.

On February 10, 2016, Petitioner entered in Beckham County District Court, Case No. CF-2015-188, pleas of Guilty and was sentenced for the following:

| Count | Crime | Statute | Sentence |
|---|---|---|---|
| | Robbery with a Weapon | 21 O.S.2011, § 801 | Life |
| | Possession of Firearm After Former Conviction of a Felony | 21 O.S.Supp. 2014, §1283(A) | 10 years |
| | Kidnapping | 21 O.S.Supp. 2012, § 741 | Life |
| | Kidnapping | 21O.S.Supp. 2012, § 741 | Life |
| | Attempted Robbery with a Weapon | 21 O.S.2011, § 801 | Life |
| | Attempted Robbery with a Weapon | 21 O.S.2011, § 801 | Life |

**EXHIBIT 8**

| Possession of Firearm After Conviction or During Probation | 21 O.S.Supp. 2012, § 1283(A) | 10 years |

The sentences in Counts 5 and 6 were ordered to be served concurrently each other, but consecutively to the sentences imposed in Count 1. The [sent]ences in Counts 2, 3, 4 and 7 were ordered to be served concurrently each [oth]er and also concurrently with the sentence in Count 1.

Petitioner filed an Application to Withdraw his Plea of Guilty on April 6, [201]6, stating the following reasons:

> Defendant's plea was not entered knowingly and voluntarily, nor did he fully understand what the effect of entering a blind plea could mean for sentencing. Further, Mr. Tibbetts believes that the effects of his medical condition and the drugs used to treat his condition had impaired his mental capacity to comprehend what was happening at the time of the entry of his plea. Mr. Tibbetts believes that he should be evaluated by a mental health expert for the purpose of determining the effect this had on his decision to enter a blind plea lieu of going forward with a trial.

Shortly after the Application to Withdraw Plea was filed, a Brief was filed in [sup]port of Petitioner's Application to Withdraw Plea. The brief provided further [deta]ils in support of the Application to Withdraw Plea including that Petitioner [suff]ered from hemochromatosis/overload of iron, cirrhosis of the liver, and [hep]atitis C, which can combine to cause mental confusion and altered levels of [con]sciousness, that Mr. Tibbetts says he was not in his right mind when the [inci]dents resulting in the charges occurred, that an expert is needed to evaluate [Petit]ioner to determine his condition and state of mind during the time

ounding these allegations, and that the state of mind of Mr. Tibbetts at time cident is crucial to the determination of his guilty and/or punishment.

A hearing was held on the Application to Withdraw Plea, and the Petitioner's ication was denied on May 11, 2016. Petitioner also alleges that he received ective assistance of counsel at all proceedings in this case prior to this orari appeal. Further, Petitioner alleges that plea counsel failed to properly stigate his insanity defense, that plea counsel coerced Petitioner to plead with ats that failure to enter a blind plea would anger that trial court against him s detriment, that plea counsel promised Petitioner that all his charges would un concurrently if he entered a blind plea, that prosecutorial misconduct rred in this case, that double jeopardy precluded the State from prosecuting f these seven charges as seven separate offenses against him, that the State ld have insufficient evidence to prove these seven counts at a trial against ioner, and finally that Mr. Tibbetts has a valid defense in this case.

II.

Written Notice of Intent to Appeal and Designation of Record were filed on 18, 2016.

III.

Petitioner is currently in the custody of the Oklahoma Department of ections.

3

IV.

This Court has jurisdiction to review this conviction by virtue of 22 2011, § 1051(a).

V.

For the reasons stated above, Petitioner respectfully requests that the Order e District Court denying Petitioner's Application to Withdraw Plea be reversed.

Respectfully submitted,

KENNETH HAROLD TIBBETTS

By: *Virginia Sanders*
Virginia Sanders
Bar Association No. 12641
Appellate Defense Counsel
P.O. Box 926
Norman, Oklahoma 73070
(405) 801-2727
ATTORNEY FOR PETITIONER

**CERTIFICATE OF SERVICE**

This is to certify that on June 28, 2016, a true and correct copy of the going Petition For Writ Of Certiorari was served upon the Attorney General by ing a copy with the Clerk of the Court of Criminal Appeals for submission to Attorney General, and was caused to be mailed, via United States Postal ice, postage pre-paid, to Petitioner and District Attorney at the addresses set below, on the date of filing or the following business day.

| | |
|---|---|
| neth Harold Tibbetts, DOC#122414 | District Attorney |
| ngton Assessment/Reception Ctr. | Beckham County Courthouse |
| Box 260 | P.O. Box 520 |
| ngton, Oklahoma 73051 | Sayre, Oklahoma 73662 |

*Virginia Sanders*
Virginia Sanders

4

IN THE DISTRICT COURT OF BECKHAM COUNTY, STATE OF OKLAHOMA

E OF OKLAHOMA                                               MS. ANGELA C. MARSEE
                    Plaintiff(s)    BECKHAM COUNTY          Attorney(s) for Plaintiff(s)
                                        FILED

       --vs--                       MAY 11 2016   Case No. CF-2015-00188

ETH HAROLD TIBBETTS        DONNA HOWELL, COURT CLERK        MR. RICHARD YOHN
                    Defendant BY_____DEPUTY     Attorney(s) for Defendant(s)

nfo: MERITS

              SUMMARY ORDER

: 05-11-2016                     Judge:         HONORABLE DOUG HAUGHT

              Court Reporter: _____


RDER MINUTE
PEARS W/ATTY R. YOHN ; STATE BY DA A. MARSEE &
ADA. DEFT'S MOTION TO WITHDRAW GUILTY PLEA IS
ARGUED AND OVERRULED. DH

                                        S/ DOUG HAUGHT
                                        _____
                                                  JUDGE

I, DONNA HOWELL, Court Clerk for Beckham County Oklahoma hereby certify that the foregoing is a true correct and complete copy of the instrument herewith set out as appears of record in District Court Clerk's Office of Beckham County, Oklahoma.
this ___ day of June, 2016
DONNA HOWELL, Court Clerk
BY _____ DEPUTY