

ORIGINAL

# IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA

KENNETH HAROLD TIBBETTS,

Petitioner,

v.

STATE OF OKLAHOMA,

Respondent.

FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA
MAR 6 2017
MICHAEL S. RICHIE
CLERK

Case No. C-2016-419

## ORDER DIRECTING RESPONSE

On February 10, 2016, Petitioner entered a blind guilty plea in Beckham County District Court, Case No. CF-2015-188, to Robbery with a Weapon (Count 1), Possession of a Firearm After Former Felony Conviction (Counts 2 and 7), Kidnapping (Counts 3 and 4), and Attempted Robbery with a Dangerous Weapon (Counts 5 and 6). Formal sentencing was held on March 30, 2016. On April 6, 2016, Petitioner filed a motion to withdraw his plea and conflict counsel was subsequently appointed. At a hearing held May 11, 2016, the Honorable Floyd Douglas Haught, District Judge, denied the motion. This appeal followed.

Having considered the claims raised in Petitioner's brief, we find that a response from the Attorney General of the State of Oklahoma would be of assistance to this Court.

**THEREFORE IT IS THE ORDER OF THIS COURT** that Respondent, the State of Oklahoma, file a Response to the Petition for Writ of Certiorari within thirty (30) days from the date of this Order. Rule 4.3(E), *Rules of the Oklahoma Court of Criminal Appeals*, 22 O.S., Ch. 18, App. (2017).

EXHIBIT 10

Kenneth Harold Tibbetts v. State of Oklahoma, No. C-2016-419

**IT IS SO ORDERED.**

**WITNESS OUR HANDS AND THE SEAL OF THIS COURT** this 6th day of March, 2017.

GARY LUMPKIN, Presiding Judge

ATTEST:

Michael S. Richie
Clerk