

The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

# IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA

| | |
|---|---|
| Kenneth Harold Tibbetts,<br>    Appellant,<br>v.<br>STATE OF OKLAHOMA,<br>    Appellee, | No. C-2016-419<br>(Certiorari)<br><br>Filed: 05/20/2016<br>Closed: 09/14/2017<br><br>Appealed from: BECKHAM County District Court |

## PARTIES

STATE OF OKLAHOMA, Appellee
Tibbetts, Kenneth Harold, Appellant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Attorney General Of Oklahoma | STATE OF OKLAHOMA |
| Beckham County District Attorney<br>P.O. Box 507<br>Sayre | |
| Danner, Cindy | Tibbetts  Kenneth  Harold |
| Johnson,  Chad (Bar #32432)<br>OIDS<br>111 N. PETERS AVE., STE 100<br>NORMAN, OK 73069 | |
| Sanders,  Virginia  Decarlo (Bar #12641)<br>OIDS<br>PO BOX 926<br>NORMAN, OK 73070 | |

**EXHIBIT 13**

| Attorney | Represented Parties |
|---|---|
| Sorelle, Alicia<br>PO BOX 309<br>ELK CITY, OK 73648 | |
| Yohn, Richard L. (Bar #14911)<br>1111 Hillcrest Dr<br>Woodward, OK 73801 | |

## EVENTS

None

## LOWER COURT COUNTS AND OTHER INFORMATION

| Count | Case Number | Statute | Crime | Sentence | Judge | Reporter |
|---|---|---|---|---|---|---|
| - | CF-2015-188 | - | | | Haught, Floyd Douglas | Riley, Darla J |

## DOCKET

| Date | Code | Description |
|---|---|---|

**05-11-2016**  [ DOOA ]

    DATE OF ORDER APPEALED

**05-20-2016**  [ TEXT ]

    ISSUED CERTIFICATE OF APPEAL

**05-20-2016**  [ NTIA ]

    NOTICE OF INTENT TO APPEAL
    Document Unavailable (#1033320593)

**05-20-2016**  [ DSRC ]

    DESIGNATION OF RECORD
    Document Unavailable (#1033320593)

**05-20-2016**  [ CASE ]

    CERTIORARI INITIAL FILING

**05-20-2016**  [ PAY ]

    RECEIPT # 66305 ON 05/20/2016.
    PAYOR: RICHARD L. YOHN TOTAL AMOUNT PAID: $ 0.00.
    LINE ITEMS:
    $0.00 ON CERTIORARI INITIAL FILING.

**05-25-2016**  [ TEXT ]

    APLNTS NOTICE OF ASSIGNMENT VIRGINIA SANDERS
    Document Available (#1033320711)  TIFF   PDF

**05-25-2016**  **[ TEXT ]**

APLNTS SUPPLEMENTAL DESIGNATION OF RECORD
Document Available (#1033320707)  TIFF    PDF

**06-06-2016**  **[ TEXT ]**

APLNTS AMENDMENT TO SUPPLEMENTAL DESIGNATION OF RECORD WITH PROOF OF SERVICE ON COURT REPORTER & THE DRUG COURT COORDINATOR
Document Available (#1033320996)  TIFF    PDF

**06-28-2016**  **[ PETF ]**

PETITION FOR WRIT OF CERTIORARI
Document Available (#1033319562)  TIFF    PDF

**07-11-2016**  **[ TEXT ]**

NOTICE OF FILING - DARLA RILEY, CSR
Document Available (#1033317882)  TIFF    PDF

**07-22-2016**  **[ NTCP ]**

NOTICE OF COMPLETION OF RECORD FOR APPEALS FROM DISTRICT COURT
Document Available (#1033319929)  TIFF    PDF

**07-22-2016**  **[ RODC ]**

RECORD ORDERED FROM DISTRICT COURT
Document Available (#1033319941)  TIFF    PDF

**07-28-2016**  **[ TEXT ]**

APLNTS NOTICE OF RE-ASSIGNMENT-CHAD JOHNSON
Document Available (#1033320075)  TIFF    PDF

**08-01-2016**  **[ ORGR ]**

ORIGINAL RECORD - 196 PAGES (COPY TO AG)

**08-01-2016**  **[ TRAN ]**

TRANSCRIPT - 2/10/16 - 15 PAGES (COPY TO AG)

**08-01-2016**  **[ TRAN ]**

TRANSCRIPT - 3/30/16 - 181 PAGES; ATTACHED EXHIBTS (COPY TO AG)

**08-01-2016**  **[ TRAN ]**

TRANSCRIPT - 5/11/16 - 14 PAGES (COPY TO AG)

**08-19-2016**  **[ TEXT ]**

APLNTS REQUEST FOR EXTENSION OF TIME TO FILE BRIEF
Document Unavailable (#1033915718)

**08-25-2016**  **[ XATBC ]**

JE: ORDER - SMITH, PJ; APLNT'S REQUEST FOR A FIRST EXTENSION OF TIME TO FILE THE BRIEF IN CHIEF GRANTED. NEW DUE DATE: SEPTEMBER 20, 2016. N/ATTYS
Document Available (#1033914935)  TIFF    PDF

**09-20-2016**  **[ TEXT ]**

APLNTS REQUEST FOR EXTENSION OF TIME TO FILE BRIEF
Document Available (#1034510642)  TIFF    PDF

**09-22-2016   [ XATBC ]**

JE: ORDER - SMITH, PJ; APLNT'S REQ FOR A SECOND EXT OF TIME TO FILE BRIEF IN CHIEF GRANTED AS A FINAL EXT. NEW DUE DATE: OCTOBER 20, 2016. N/ATTYS

Document Available (#1033915173) TIFF   PDF

---

**10-10-2016   [ ATBC ]**

BRIEF OF PETITIONER

Document Available (#1034510971) TIFF   PDF

---

**10-24-2016   [ RCCT ]**

RECORD TO COURT

---

**10-24-2016   [ CSTC ]**

CAUSE SUBMITTED TO COURT

---

**03-06-2017   [ ORDR ]**

JE; ORDER; LUMPKIN PJ; ORDER DIRECTING RESPONSE: THE STATE OF OKLAHOMA IS TO FILE A RESPONSE IN 30 DAYS.

Document Available (#1035751405) TIFF   PDF

---

**04-03-2017   [ TEXT ]**

APLEES REQUEST FOR ENLARGEMENT OF TIME

Document Available (#1035752338) TIFF   PDF

---

**04-12-2017   [ XAEAB ]**

JE; ORDER; LUMPKIN PJ; COPIES TO ATTORNEYS, ORDER GRANTING APPELLEE FIRST EXTENSION OF TIME TO FILE BRIEF 05/05/2017

Document Available (#1035753579) TIFF   PDF

---

**05-05-2017   [ AEAB ]**

BRIEF OF RESPONDENT

Document Unavailable (#1036605309)

---

**09-14-2017   [ OPIN ]**

JE; SUMMARY OPINION DENYING CERTIORARI~~~~~ PETITION FOR WRIT OF CERTIORARI DENIED, JUDGMENT AND SENTENCE AFFIRMED ~~~~~ HUDSON J, SPECIALLY CONCUR LUMPKIN PJ, CONCUR LEWIS VPJ; COPIES TO AG, HON. DOUGLAS HAUGHT, DIST COURT CLERK, ALICIA SORELLE, OIDS, RICHARD YOHN, DA SAYRE, PRESS, OPD, TPD, NOT FOR PUB

Document Available (#1037803974) TIFF   PDF

---

**09-14-2017   [ 1007 ]**

AFFIRMED (SUMMARY OPINION)

---

**09-14-2017   [ MAND ]**

MANDATE ISSUED

Document Available (#1037803970) TIFF   PDF

---

**09-19-2017   [ RTCC ]**

RETURN OF COURT CLERK

Document Available (#1037804081) TIFF   PDF

---

**09-19-2017   [ RCMD ]**

RECEIPT FOR MANDATE

Document Available (#1037804061) TIFF   PDF

**11-13-2017**  **[ TEXT ]**

RECORD RETURNED FROM COURT

**12-12-2017**  **[ RRCD ]**

RECORD RETURNED TO DISTRICT COURT