



FILED
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

MAR 2 1 2023

JOHN D. HADDEN
CLERK

# IN THE COURT OF CRIMINAL APPEALS
# OF THE STATE OF OKLAHOMA

THE CLERK SHALL ENTER THE FOLLOWING ORDERS OF THE COURT:

| | | |
|---|---|---|
| 1 | **MA-2023-135**<br>**Kay County**<br>**Case No. CF-2018-115**<br>**Honorable David R. Bandy**<br>**Associate District Judge** | **CHARLES LEE ALLEN v.**<br>**THE STATE OF OKLAHOMA** |

## ORDER DIRECTING RESPONSE

Petitioner, *pro se*, filed with the Clerk of this Court a Petition for a Writ of Mandamus requesting this Court issue a Writ of Mandamus to the District Court of Kay County. Petitioner alleges that as of the date of filing this request for relief with this Court, the District Court has failed to rule on Petitioner's Motion for Sentence Modification and Motion to Deem Confess which Petitioner alleges were filed in the District Court on May 23, 2022, and August 8, 2022.

The District Court of Kay County, the Honorable David R. Bandy, Associate District Judge, or a designated representative, shall determine whether Petitioner has filed the above-referenced pleading. If no such request was filed, the District Court shall advise this Court by memorandum. If the District Court has already disposed of Petitioner's request, a certified copy of the disposition order shall be forwarded to this Court and Petitioner. If the request was filed and disposition has not been made, the District Court shall act upon the request within thirty (30) days from the date of this order, and forward a certified copy of the disposition order to this Court, and Petitioner.

**EXHIBIT 17**

| | | |
|---|---|---|
| **2** | **MA-2023-185**<br>**Muskogee County**<br>**Case No. CF-2019-277**<br>**Honorable Orvil Loge**<br>**Associate District Judge** | **MICHAEL K. TOMBLINSON**<br>**v. THE STATE OF**<br>**OKLAHOMA** |

## ORDER DIRECTING RESPONSE

Petitioner, *pro se*, filed with the Clerk of this Court a petition requesting this Court issue a Writ of Mandamus to the District Court of Muskogee County. Petitioner alleges that as of the date of filing this request for relief with this Court, the District Court has failed to rule on Petitioner's Motion for Trial Transcripts, which Petitioner alleges was filed in the District Court on or about June 25, 2022.

The District Court of Muskogee County, the Honorable Orvil Loge, Associate District Judge, or a designated representative, shall determine whether Petitioner has filed the above-referenced pleading. If no such request was filed, the District Court shall advise this Court by memorandum. If the District Court has already disposed of Petitioner's request, a certified copy of the disposition order shall be forwarded to this Court and Petitioner. If the request was filed and disposition has not been made, the District Court shall act upon the request within thirty (30) days from the date of this order, and forward a certified copy of the disposition order to this Court, and Petitioner.

| | | |
|---|---|---|
| **3** | **MA-2023-189**<br>**Muskogee County**<br>**Case No. CF-2019-277**<br>**Honorable Orvil Loge**<br>**Associate District Judge** | **MICHAEL K. TOMBLINSON**<br>**v. THE STATE OF**<br>**OKLAHOMA** |

## ORDER DIRECTING RESPONSE

Petitioner, *pro se*, filed with the Clerk of this Court a petition requesting this Court issue a Writ of Mandamus to the District Court of Muskogee County. Petitioner alleges that as of the date of filing this request for relief with this Court, the District Court has failed to rule on Petitioner's Motion for Sentence Modification, which Petitioner alleges was filed in the District Court on or about June 7, 2022.

The District Court of Muskogee County, the Honorable Orvil Loge, Associate District Judge, or a designated representative, shall determine whether Petitioner has filed the above-referenced pleading. If no such request was filed, the District Court shall advise this Court by memorandum. If the District Court has already disposed of Petitioner's request, a certified copy of the disposition order shall be forwarded to this Court and Petitioner. If the request was filed and disposition has not been made, the District Court shall act upon the request within thirty (30) days from the date of this order, and forward a certified copy of the disposition order to this Court, and Petitioner.

| | | |
|---|---|---|
| 4 | **MA-2023-146**<br>**Canadian County**<br>**Case No. CF-2013-499**<br>**Honorable Bob Hughey**<br>**Associate District Judge** | **STEPHEN RANDALL CHRISTENSEN, JR. v. THE STATE OF OKLAHOMA** |

### ORDER DIRECTING RESPONSE

Petitioner, *pro se*, filed with the Clerk of this Court a Petition for Writ of Mandamus requesting this Court issue a Writ of Mandamus to the District Court of Canadian County. Petitioner alleges that as of the date of filing this request for relief with this Court, the District Court has failed to rule on Petitioner's Motion for Discovery which Petitioner alleges was filed in the District Court on November 9, 2022.

The District Court of Canadian County, the Honorable Bob Hughey, Associate District Judge, or a designated representative, shall determine whether Petitioner has filed the above-referenced pleading. If no such request was filed, the District Court shall advise this Court by memorandum. If the District Court has already disposed of Petitioner's request, a certified copy of the disposition order shall be forwarded to this Court and Petitioner. If the request was filed and disposition has not been made, the District Court shall act upon the request within thirty (30) days from the date of this order, and forward a certified copy of the disposition order to this Court, and Petitioner.

| | | |
|---|---|---|
| 5 | MA-2023-196<br>Beckham County<br>Case No. CF-2015-188<br>Honorable Michelle Kirby Roper<br>Associate District Judge | **KENNETH H. TIBBETS v. THE DISTRICT COURT OF BECKHAM COUNTY** |

## ORDER DIRECTING RESPONSE

Petitioner, *pro se*, filed with the Clerk of this Court a petition requesting this Court issue a Writ of Mandamus to the District Court of Beckham County. Petitioner alleges that as of the date of filing this request for relief with this Court, the District Court has failed to rule on Petitioner's Application for Post-Conviction Relief, which Petitioner alleges was filed in the District Court on or about May 16, 2018.

The District Court of Beckham County, the Honorable Michelle Kirby Roper, Associate District Judge, or a designated representative, shall determine whether Petitioner has filed the above-referenced pleading. If no such request was filed, the District Court shall advise this Court by memorandum. If the District Court has already disposed of Petitioner's request, a certified copy of the disposition order shall be forwarded to this Court and Petitioner. If the request was filed and disposition has not been made, the District Court shall act upon the request within thirty (30) days from the date of this order, and forward a certified copy of the disposition order to this Court, and Petitioner.

| | | |
|---|---|---|
| 6 | F-2022-703<br>Oklahoma County<br>Case No. CF-2020-3409<br>Honorable K. Nikki Kirkpatrick<br>District Judge | **QUANTRELL QUVON SHAHEED YOUNG v. THE STATE OF OKLAHOMA** |

## ORDER GRANTING REQUEST TO WITHDRAW AS COUNSEL OF RECORD

On March 9, 2023, Counsel Jamie D. Pybas and Jerrod H. Stevenson jointly filed an entry of appearance and motion to allow withdrawal as direct appeal counsel in Oklahoma County District Court Case No. CF-2020-3409, assigned

this Court's Appeal No. F-2022-703. Counsel Pybas's motion to withdraw as counsel of record is **GRANTED.**

| | | |
|---|---|---|
| 7 | **MA-2023-203**<br>**Tulsa County**<br>**Case No. CF-2016-3387**<br>**Honorable Sharon Holmes**<br>**District Judge** | **SHARON MORRIS v. THE TULSA COUNTY DISTRICT COURT** |

### ORDER DIRECTING RESPONSE

Petitioner, *pro se*, filed with the Clerk of this Court a Motion for Alternative Writ of Mandamus requesting this Court issue a Writ of Mandamus to the District Court of Tulsa County. Petitioner alleges that as of the date of filing this request for relief with this Court, the District Court has failed to rule on Petitioner's Application for an Appeal Out of Time which Petitioner alleges was filed in the District Court on June 2, 2021.

The District Court of Tulsa County, the Honorable Sharon Holmes, District Judge, or a designated representative, shall determine whether Petitioner has filed the above-referenced pleading. If no such request was filed, the District Court shall advise this Court by memorandum. If the District Court has already disposed of Petitioner's request, a certified copy of the disposition order shall be forwarded to this Court and Petitioner. If the request was filed and disposition has not been made, the District Court shall act upon the request within thirty (30) days from the date of this order, and forward a certified copy of the disposition order to this Court, and Petitioner.

| | | |
|---|---|---|
| 8 | **MA-2023-216**<br>**Mayes County**<br>**Case No. CRF-1993-21 and CRF-1993-22**<br>**Honorable Shawn Taylor**<br>**District Judge** | **DANNY JOE SITSLER v. THE MAYES COUNTY DISTRICT COURT, THE HONORABLE SHAWN S. TAYLOR AND DISTRICT ATTORNEY, MATTHEW J. BALLARD** |

## ORDER DIRECTING RESPONSE

Petitioner, *pro se,* filed with the Clerk of this Court a Petition for Writ of Mandamus requesting this Court issue a Writ of Mandamus to the District Court of Mayes County. Petitioner alleges that as of the date of filing this request for relief with this Court, the District Court has failed to rule on Petitioner's Amended Application for Post-Conviction Relief and Request for evidentiary Hearing and Combined Brief in Support which Petitioner alleges were filed in the District Court on October 31, 2022.

The District Court of Mayes County, the Honorable Shawn S. Taylor, District Judge, or a designated representative, shall determine whether Petitioner has filed the above-referenced pleading. If no such request was filed, the District Court shall advise this Court by memorandum. If the District Court has already disposed of Petitioner's request, a certified copy of the disposition order shall be forwarded to this Court and Petitioner. If the request was filed and disposition has not been made, the District Court shall act upon the request within thirty (30) days from the date of this order, and forward a certified copy of the disposition order to this Court, and Petitioner.

| | | |
|---|---|---|
| 9 | **MA-2023-220**<br>**Murray County**<br>**Case No. CF-2016-159**<br>**Honorable Dennis Morris**<br>**District Judge** | **BENJAMIN LAWRENCE PETTY**<br>**v. THE STATE OF OKLAHOMA** |

## ORDER DIRECTING RESPONSE

Petitioner, *pro se,* filed with the Clerk of this Court a Petition for a Writ of Mandamus requesting this Court issue a Writ of Mandamus to the District Court of Murray County. Petitioner alleges that as of the date of filing this request for relief with this Court, the District Court has failed to rule on Petitioner's Motion for DNA Testing which Petitioner alleges was filed in the District Court on January 3, 2023.

The District Court of Murray County, the Honorable Dennis Morris, District Judge, or a designated representative, shall determine whether Petitioner has filed the above-referenced pleading. If no such request was filed, the District Court shall advise this Court by memorandum. If the District Court has already

disposed of Petitioner's request, a certified copy of the disposition order shall be forwarded to this Court and Petitioner. If the request was filed and disposition has not been made, the District Court shall act upon the request within thirty (30) days from the date of this order, and forward a certified copy of the disposition order to this Court, and Petitioner.

**IT IS SO ORDERED.**

**WITNESS MY HAND AND THE SEAL OF THIS COURT** this ___21st___ day of March, 2023.

*Scott Rowland*

**SCOTT ROWLAND, Presiding Judge**

ATTEST:

*John D. Hadden*
Clerk

NF