

ORIGINAL

**FILED**
COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

APR 18 2023

JOHN D. HADDEN
CLERK



# IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA

THE CLERK SHALL ENTER THE FOLLOWING ORDERS OF THE COURT:

| | | |
|---|---|---|
| 1 | MA-2023-196<br>Beckham County<br>Case No. CF-2015-188<br>Honorable Jill C. Weedon<br>District Judge | KENNETH H. TIBBETS v. THE DISTRICT COURT OF BECKHAM COUNTY |

### ORDER DISMISSING REQUEST AS MOOT

On March 29, 2023, the District Court fully adjudicated Petitioner's complaints regarding the pending matters in this case. Petitioner's request for a Writ of Mandamus is therefore **MOOT** and is **DISMISSED**.

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

| | | |
|---|---|---|
| 2 | MA-2023-279<br>Pottawatomie County<br>Case Nos. CF-2012-850, and CF-2013-757C<br>Honorable Tracy McDaniel<br>Associate District Judge | JOSEPH M. NEAY v. THE STATE OF OKLAHOMA |

### ORDER DECLINING JURISDICTION

Rule 10.3, *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023) requires an applicant seeking extraordinary relief to serve notice on the adverse party when requesting relief from this Court. Petitioner has failed to give adequate notice to the proper party. The Court **DECLINES** jurisdiction and **DISMISSES** this matter.

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

**EXHIBIT 19**

| | | |
|---|---|---|
| 3 | MA-2023-285<br>Oklahoma County<br>Case No. CF-2005-369<br>Honorable N. Nikki<br>Kirkpatrick<br>District Judge | **JAMIE LYNN PAYNE v.<br>OKLAHOMA COUNTY** |

### ORDER DECLINING JURISDICTION

Rule 10.3, *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023) requires an applicant seeking extraordinary relief to serve notice on the adverse party when requesting relief from this Court. Petitioner has failed to give adequate notice to the proper party. The Court **DECLINES** jurisdiction and **DISMISSES** this matter.

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

| | | |
|---|---|---|
| 4 | MA-2023-185<br>Muskogee County<br>Case No. CF-2019-277<br>Honorable Orvil Loge<br>Associate District Judge | **MICHAEL K. TOMBLINSON v.<br>THE STATE OF OKLAHOMA** |

### ORDER DISMISSING REQUEST AS MOOT

On July 28, 2022, the District Court fully adjudicated Petitioner's complaints regarding the pending matters in this case. Petitioner's request for a Writ of Mandamus is therefore **MOOT** and is **DISMISSED**.

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

| | | |
|---|---|---|
| 5 | MA-2023-189<br>Muskogee County<br>Case No. CF-2019-277<br>Honorable Orvil Loge<br>Associate District Judge | MICHAEL K. TOMBLINSON v.<br>THE STATE OF OKLAHOMA |

### ORDER DISMISSING REQUEST AS MOOT

On September 28, 2022, the District Court fully adjudicated Petitioner's complaints regarding the pending matters in this case. Petitioner's request for a Writ of Mandamus is therefore **MOOT** and is **DISMISSED**.

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

| | | |
|---|---|---|
| 6 | MA-2023-288<br>Muskogee County<br>Case No. CF-2001-793<br>Honorable Norman Thygesen<br>Associate District Judge | DONYEIL JEROME MCINTOSH<br>v. THE STATE OF OKLAHOMA |

### ORDER DECLINING JURISDICTION

Rule 10.3, *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023) requires an applicant seeking extraordinary relief to serve notice on the adverse party when requesting relief from this Court. Petitioner has failed to give adequate notice to the proper party. The Court **DECLINES** jurisdiction and **DISMISSES** this matter.

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

| | | |
|---|---|---|
| 7 | HC-2023-278<br>Cleveland County<br>Case No. WH-2023-3<br>Honorable Jeff Virgin<br>District Judge | DAVID BRIAN MORGAN v. THE<br>STATE OF OKLAHOMA |

### ORDER DECLINING JURISDICTION

Rule 10.3, *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023) requires an applicant seeking extraordinary relief to serve notice on

the adverse party when requesting relief from this Court. Petitioner has failed to give adequate notice to the proper party. The Court **DECLINES** jurisdiction and **DISMISSES** this matter.

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

| | | |
|---|---|---|
| **8** | **PC-2023-297**<br>**Comanche County**<br>**Case No. CF-2021-427**<br>**Honorable Scott Meaders**<br>**District Judge** | **DEREK BRANDON SHOOK v.**<br>**THE STATE OF OKLAHOMA** |

## ORDER DECLINING JURISDICTION

This Court will only entertain applications for post-conviction relief if Petitioner has sought and been denied relief in the District Court. Rule 5.1 and 5.2(A), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023). Petitioner is required to file with this Court, among other things, a certified copy of the District Court order denying the request for relief. *See* Rule 5.2(C)(2), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023). Petitioner's pleading requesting post-conviction relief does not contain a copy of a trial court order or records sufficient to prove he was denied relief in the District Court. The Court **DECLINES** jurisdiction and **DISMISSES** this matter.

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

**IT IS SO ORDERED.**

**WITNESS MY HAND AND THE SEAL OF THIS COURT** this ___18th___ day of April, 2023.

/s/ Scott Rowland
**SCOTT ROWLAND, Presiding Judge**

ATTEST:
/s/ John D. Hadden
Clerk