

**OKLAHOMA State Courts Network**

The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA

| | |
|---|---|
| Kennth H Tibbetts,<br>    Petitioner,<br>v.<br>District Court of Beckham County,<br>    Respondent, | No. MA-2023-196<br>([Writ of] Mandamus)<br><br>Filed: 03/10/2023<br><br><br>Appealed from: BECKHAM County District Court |

## PARTIES

District Court of Beckham County, Respondent
Tibbetts, Kenneth H, Petitioner

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Beckham County District Attorney<br>P.O. Box 507<br>Sayre | District Court of Beckham County |
| Tibbetts, Kenneth H<br>#122414<br>P.O. Box 548<br>Lexington, OK 73051 | Tibbetts Kenneth H |

## EVENTS

None

## LOWER COURT COUNTS AND OTHER INFORMATION

| Count | Case Number | Statute | Crime | Sentence | Judge | Reporter |
|---|---|---|---|---|---|---|
| - | CF-2015-188 | - | | | Weedon, Jill Carpenter | |

## DOCKET

| Date | Code | Description | | | | |
|---|---|---|---|---|---|---|

**EXHIBIT 20**

| | |
|---|---|
| 03-10-2023 [ CASE ] | [WRIT OF] MANDAMUS INITIAL FILING |
| 03-10-2023 [ PAUP ] | PAUPER AFFIDAVIT FOR TIBBETTS, KENNTH H |
| 03-10-2023 [ PAY ] | RECEIPT # 85665 ON 03/10/2023.<br>PAYOR: KENNTH H TIBBETTS TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS:<br>$0.00 ON [WRIT OF] MANDAMUS INITIAL FILING. |
| 03-10-2023 [ PETF ] | PETITION FOR A WRIT OF MANDAMUS<br>Document Available (#1054502727) TIFF  PDF |
| 03-21-2023 [ ORDR ] | JE: ORDER, ROWLAND PJ; COPIES TO HON. MICHELLE KIRBY ROPER, DIST COURT CLERK, AND ATTORNEYS; ORDER DIRECTING RESPONSE. THE DIST COURT OF BECKHAM COUNTY, SHALL DETERMINE WHETHER PETITIONER HAS FILED THE ABOVE REFERENCED PLEADING. IF NO SUCH REQUEST WAS FILED, THE DIST COURT SHALL ADVISE THIS COURT BY MEMORANDUM. IF THE DIST COURT HAS ALREADY DISPOSED OF PETITIONER'S REQUEST, A CERTIFIED COPY OF THE DISPOSITION ORDER SHALL BE FORWARDED TO THIS COURT AND PETITIONER. IF THE REQUEST WAS FILED AND DISPOSITION HAS NOT BEEN MADE, THE DIST COURT SHALL ACT UPON THE REQUEST WITHIN 30 DAYS FROM THE DATE OF THIS ORDER, AND FORWARD A CERTIFIED COPY OF THE DISPOSITION ORDER TO THIS COURT, AND PETITIONER.<br>Document Available (#1054930380) TIFF  PDF |
| 03-31-2023 [ TEXT ] | DIST COURT'S POST-CONVICTION FINDINGS- S/HON. JILL WEEDON<br>Document Available (#1054932255) TIFF  PDF |
| 03-31-2023 [ TEXT ] | DIST COURT'S CERTIFICATE OF DELIVERY<br>Document Unavailable (#1054932256) |
| 04-18-2023 [ DISN ] | JE: ORDER; CONCUR: ROWLAND PJ, HUDSON VPJ, LUMPKIN J, LEWIS J, MUSSEMAN J; COPIES TO HON. JILL WEEDON, DIST COURT CLERK AND ATTORNEYS; ORDER DISMISSING REQUEST AS MOOT; THE DIST COURT FULLY ADJUDICATED PETITIONER'S COMPLAINTS REGARDING THE PENDING MATTERS IN THIS CASE. PETITIONER'S REQUEST FOR A WRIT OF MANDAMUS IS THEREFORE MOOT AND IS DISMISSED.<br>Document Available (#1054933071) TIFF  PDF |