BECKHAM COUNTY
FILED

APR 1 8 2023

DONNA HOWELL, COURT CLERK
BY_____ DEPUTY

IN THE DISTRICT COURT OF BECKHAM COUNTY
STATE OF OKLAHOMA

KENNETH H. TIBBETTS,
Petitioner,

v.

Case No. LF-2015-188

THE STATE OF OKLAHOMA,
Respondent.

## NOTICE OF POST-CONVICTION APPEAL

The Petitioner gives notice of intent to appeal the order denying his application for post-conviction relief entered in the District Court of Beckham County, on the 31st day of March, 2023,[1] arising from District Court Case No. CF-2016-188. The Petitioner requests the preparation of the record on appeal as required by Rule 5.2(C)(6).

Kenneth H. Tibbetts, Petitioner
#122414
Joseph Harp Correctional Center
P.O. Box 548
Lexington, OK. 73051

I, DONNA HOWELL, Court Clerk for Beckham County Oklahoma hereby certify that the foregoing is a true correct and complete copy of the instrument herewith set out as appears of record in District Court Clerk's Office of Beckham County, Oklahoma.

this 1st day of November 20 23

DONNA HOWELL, Court Clerk

BY Misty Borah DEPUTY

---

[1] Petitioner actually received this order at the Joseph Harp Correctional Center on March 31, 2023.

**EXHIBIT 21**