

ORIGINAL



**FILED**
IN COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

JUL 25 2023

JOHN D. HADDEN
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA

THE CLERK SHALL ENTER THE FOLLOWING ORDERS OF THE COURT:

**1**  RE-2023-341                                  **MEGAN LEIGHANN SANDERS**
Okmulgee County                                 **v. THE STATE OF OKLAHOMA**
Case No. CM-2017-450
Honorable Deborah Reheard
Special Judge

### ORDER DISMISSING APPEAL

Appellant's Petition in Error was due on or before July 5, 2023, but was not timely filed. Pursuant to this Court's Rule 3.1(C), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023), the filing of the Petition in Error is jurisdictional and failure to timely file constitutes waiver of the right to appeal. As the Petition in Error was not timely filed, the above-styled appeal is **DISMISSED.** If Petitioner feels she has been denied an appeal through no fault of her own, she may seek the appropriate relief with the District Court. *See* Rule 2.1(E)(2), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023). Issuance of this order concludes proceedings before this Court.

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

**2**  MA-2023-559                                  **JOHNNY VAN FERRELL, JR.**
Rogers County                                   **v. THE STATE OF OKLAHOMA**
Case Nos. CF-2009-465,
CF-2009-483, CF-2010-31,
CF-2010-31 and
CF-2019-524
Honorable Stephen R. Pazzo
District Judge

### ORDER DECLINING JURISDICTION

Rule 10.3, *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023) requires an applicant seeking extraordinary relief to serve notice on

**EXHIBIT 23**

the adverse party when requesting relief from this Court. Petitioner has failed to give adequate notice to the proper party. The Court **DECLINES** jurisdiction and **DISMISSES** this matter.

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

3   PC-2023-581                         KENNETH H. TIBBETTS v. THE
    Beckham County                       STATE OF OKLAHOMA
    Case No. CF-2015-188
    Honorable Michelle Kirby
    Roper
    Associate District Judge

### ORDER DECLINING JURISDICTION

Petitioner's request for post-conviction relief was denied by the District Court in an order filed March 29, 2023. Petitioner's Petition in Error should have been filed with this Court on or before May 30, 2023, but was not filed until July 12, 2023. Petitioner failed to timely file the Petition in Error with the Clerk of this Court within sixty (60) days from the filing date of the District Court's final order. *See* Rule 5.2(C)(2), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023). The Court **DECLINES** jurisdiction and **DISMISSES** this matter. If Petitioner feels he has been denied a post-conviction appeal through no fault of his own, he may seek the appropriate relief with the District Court. *See* Rule 2.1(E)(1), *Rules of the Oklahoma Court of Criminal Appeals*, Title 22, Ch.18, App. (2023).

CONCUR: Rowland, P.J.; Hudson, V.P.J.; Lumpkin, J.; Lewis, J.; Musseman, J.

**IT IS SO ORDERED.**

**WITNESS MY HAND AND THE SEAL OF THIS COURT** this _25_ day of July, 2023.

_____
**SCOTT ROWLAND, Presiding Judge**

ATTEST:
*John D. Hadden*
_____
Clerk