Case 5:23-cv-00913-J   Document 14-24   Filed 12/29/23   Page 1 of 2





The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA

| | |
|---|---|
| Kenneth H Tibbetts,<br>    Petitioner,<br>v.<br>STATE OF OKLAHOMA,<br>    Respondent, | No. PC-2023-581<br>(Post Conviction)<br><br>Filed: 07/12/2023<br><br>Appealed from: BECKHAM County District Court |

## PARTIES

STATE OF OKLAHOMA, Respondent
Tibbetts, Kenneth H, Petitioner

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Beckham County District Attorney<br>P.O. Box 507<br>Sayre | STATE OF OKLAHOMA |
| Tibbetts,  Kenneth  H<br>#122414<br>P.O. Box 548<br>Lexington, OK 73051 | Tibbetts  Kenneth  H |

## EVENTS

None

## LOWER COURT COUNTS AND OTHER INFORMATION

| Count | Case Number | Statute | Crime | Sentence | Judge | Reporter |
|---|---|---|---|---|---|---|
| - | CF-2015-188 | - | | | Roper, Michelle Kirby | |

## DOCKET

**EXHIBIT 24**

| Date | Code | Description |
|---|---|---|

**03-29-2023**  **[ DOOA ]**

DATE OF ORDER APPEALED

**07-12-2023**  **[ CASE ]**

POST CONVICTION INITIAL FILING

**07-12-2023**  **[ PAUP ]**

PAUPER AFFIDAVIT FOR TIBBETTS, KENNETH H

**07-12-2023**  **[ PAY ]**

RECEIPT # 86635 ON 07/12/2023.
PAYOR: KENNETH H TIBBETTS TOTAL AMOUNT PAID: $ 0.00.
LINE ITEMS:
$0.00 ON POST CONVICTION INITIAL FILING.

**07-12-2023**  **[ TEXT ]**

ISSUED CERTIFICATE OF APPEAL

**07-12-2023**  **[ PETF ]**

PETITION IN ERROR
Document Available (#1055674020)  TIFF   PDF

**07-12-2023**  **[ TEXT ]**

APPELLANT'S MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF IN SUPPORT APPELLANT'S PETITION IN ERROR
Document Available (#1055674048)  TIFF   PDF

**07-25-2023**  **[ DISN ]**

JE: ORDER; CONCUR ROWLAND PJ, HUDSON VPJ, LUMPKIN J, LEWIS J, MUSSEMAN J; COPIES TO HON. MICHELLE KIRBY ROPER, DIST COURT CLERK, ATTORNEYS; ORDER DECLINING JURISDICTION; PETITIONER FAILED TO TIMELY FILE THE PETITION IN ERROR WITH THE CLERK OF THIS COURT WITHIN 60 DAYS FROM THE FILING DATE OF THE DIST COURT'S FINAL ORDER
Document Available (#1055676488)  TIFF   PDF