Original

IN THE DISTRICT COURT OF Beckham COUNTY
STATE OF OKLAHOMA

BECKHAM COUNTY
FILED
OCT 18 2023
DONNA HOWELL, COURT CLERK
BY_____ DEPUTY

Kenneth H. Tibbetts,
Petitioner/Appellant,

vs.

CASE NO. CF-2015-188

STATE OF OKLAHOMA
Respondent/Appellee.

## NOTICE OF POST-CONVICTION APPEAL

The *pro-se* Petitioner/Appellant gives Notice of Intent to appeal the Order granting his Application for Post-Conviction Relief pursuant to 22 O.S. §§ 1080 et seq., entered in the District Court of Beckham County, On the 5th day of October, 2023, arising from the District Court Case No. CF-2015-188. The Petitioner/Appellant requests the preparation of the record on appeal as required by Rule 5.2 (C) (6).

Dated: Oct 12th 2023

Signature: /s/ Kenneth H. Tibbetts

Print Name: Kenneth H Tibbetts

Joseph Harp Correctional Center
P.O. Box 548
Lexington, OK 73051-0548

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was give to the Law Library Supervisor for legal mail processing, postage prepaid on the 13th day of October, 2023 to:

Court Clerk's Office: Beckham County Court Clerk
Donna Howell
P.O. Box 520
Sayre, Okla 73662-0520

Signature: /s/ Kenneth H. Tibbetts

Page 1 of 1

**EXHIBIT 28**