Ex "A" (Please Return Stamped file Copy
To Petitioner)

IN THE DISTRICT COURT OF BECKHAM COUNTY
STATE OF OKLAHOMA

BECKHAM COUNTY
FILED
NOV 1 6 2023
DONNA HOWELL, COURT CLERK
BY_____ DEPUTY

KENNETH H. TIBBETTS
　　Petitioner,

-vs-

Case No. CF-2015-188

THE STATE OF OKLAHOMA,
　　Respondent.

## NOTICE OF POST-CONVICTION APPEAL

The Petitioner gives Notice Of Intent to appeal the Order denying his Post Conviction Application entered in the District Court of Beckham County on the 31st day of March, 2023, in case no. CF-2015-188.

Petitioner requests the Preparation of the record on appeal as required by OCCA Rule 5.2(c)(6).

/s/ Kenneth H. Tibbetts
Kenneth H. Tibbetts, Petitioner
Joseph Harp Correctional Center
P.O. Box 548
Lexington, Oklahoma
73051

## CERTIFICATE OF MAILING

I Kenneth H. Tibbetts, hereby certify on this 14th day of November, 2023, I have utilized the prison legal mail system to mail in 1st class postage paid envelopes, the original and 3 copies of this Notice, to the Beckham County District Court Clerk

1　　EXHIBIT 32　　P. 1-of-2

Office, P.O. Box 520, Sayre, Oklahoma 73662; and 1 copy of this Notice, to the OCCA Clerk, 2100 N. Lincoln Blvd. Ste 4, OKC, Okla 73105

/S/ Kenneth H. Tibbetts

I, DONNA HOWELL, Court Clerk for Beckham County, O[klahoma], hereby certify that the foregoing is a true, correct and complete copy of the instrument here of, as appears of record in Superior Court Clerk's Office of Beckham County, Oklahoma, this 20th day of Nov, 2023

HOWELL, Court Clerk
_____ DEPUTY

-2-                                                              p.2-of-2