


BECKHAM COUNTY
FILED
DEC 1 1 2023
DONNA HOWELL, COURT CLERK
BY_____ DEPUTY

# Office of
# The Clerk of the Appellate Courts
### Oklahoma City, Oklahoma

## CERTIFICATE OF APPEAL

| | |
|---|---|
| Case Number: | PC-2023-978 |
| Petitioner: | Tibbets, Kenneth H |
| Respondent: | STATE OF OKLAHOMA |
| Lower Court: | BECKHAM COUNTY |
| Lower Court #: | CF-2015-188 |

I HEREBY CERTIFY THAT ON THE 6th DAY OF DECEMBER, 2023, THERE WAS FILED IN MY OFFICE A(N) __PCR__ FROM THE DISTRICT COURT OF BECKHAM COUNTY, STATE OF OKLAHOMA, AND A PAYMENT OF $0.00 IN THE ABOVE TITLED CAUSE; THAT SAID CASE WAS DULY ENTERED ON THE DOCKET, NUMBERED PC-2023-978, AND IS PENDING IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA.

WITNESS MY HAND AND THE SEAL OF SAID COURT AT OKLAHOMA CITY, OKLAHOMA, THIS 6th DAY OF DECEMBER, 2023.

JOHN D. HADDEN
CLERK OF THE APPELLATE COURTS

BY _Lynde Hanebaum_

End of transmission.

**EXHIBIT 33**